1  Michael G. Doan, SBN 175649
   Doan, Levinson, & Liljegren, LLP
2  2850 Pio Pico Drive, Suite D
   Carlsbad, CA 92008
3  Phone (760) 450-3333 • Fax (760) 720-6082
   mike@dllfirm.com
4
   Attorney for Debtor, William R. Clevenger
5                    Susan C. Clevenger

6
                UNITED STATES BANKRUPTCY COURT
7
                SOUTHERN DISTRICT OF CALIFORNIA
8

9  In re    William R. Cleven            )    MOTION TO REOPEN
            Susan C. Clevenger           )    A CASE
10                                        )
                    DEBTOR(S).            )
11                                        )    CASE NO. 06-02058-JM7
                                          )
12                                        )    CHAPTER SEVEN (7)
                                          )
13 _____)

14     William R. Clevenger and Susan C. Clevenger, through counsel, hereby requests that the

15 above captioned case be reopened pursuant to 11 U.S.C. 350(b) in order to file an Order to Show

16 Cause for violations of 11 USC §524 of the Bankruptcy Code.  Specifically, creditor(s) continue

17 to violate the bankruptcy discharge by attempting to collect on debts listed in the debtor's

18 original case.

19     Since any remedy for discharge violations are within the exclusive jurisdiction of the

20 Federal Bankruptcy Court, this matter is properly being brought before this Court.

21     WHEREFORE, the DEBTOR requests that this case be reopened to allow the DEBTOR

22 to file an Order to Show Cause for violations of 11 USC §524 of the Bankruptcy Code.

23

24 Dated:  December 6, 2007            By:  /s/Michael G. Doan

25                                              Attorney for Debtor(s)

26

27

28

Name, Address, Telephone No. & I.D. No.

Michael G. Doan, SBN 175649
Doan, Levinson, & Liljegren, LLP
2850 Pio Pico Drive, Suite D
Carlsbad, CA 92008
Phone (760) 450-3333 • Fax (760) 720-6082
mike@dllfirm.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

William R. Clevenger,
Susan C. Clevenger
Tax I.D.(EIN)#:_____ /S.S.#:XXX-XX-2962   Debtor.

BANKRUPTCY NO.

06-02058-JM7

### NOTICE OF MOTION TO REOPEN CASE

TO:   Countrywide Home Loans

   US TRUSTEE / CHAPTER 7 TRUSTEE

You are herewith served with the attached Motion by   William R. Clevenger, Susan C. Clevenger

for:

   ORDER REOPENING CASE

and any accompanying declarations.

If you object to the Court granting the relief requested in the Motion:

1. **YOU ARE REQUIRED** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to this bankruptcy case. *If a Chapter 7, 11, or 12 case,* determine which deputy to call by looking at the Bankruptcy Case No. in the above caption of this notice. If the case number is followed by the letter:

   - M - call (619) 557-6019 - DEPARTMENT ONE (Room 218)
   - A - call (619) 557-6594 - DEPARTMENT TWO (Room 118)
   - H - call (619) 557-6018 - DEPARTMENT THREE (Room 129)
   - B - call (619) 557-5157 - DEPARTMENT FOUR (Room 328)

   *For ALL Chapter 13 cases,* call (619) 557-5955.

2. **WITHIN FOURTEEN (14)[1] DAYS FROM THE DATE OF SERVICE OF THE MOTION**, you are further required to serve a copy of your DECLARATION IN OPPOSITION TO MOTION and separate REQUEST AND NOTICE OF HEARING [Local Form CSD 1184[2]] upon the undersigned moving party, together with any opposing papers. The opposing declaration shall be signed and verified in the manner prescribed by Federal Rule of Bankruptcy Procedure 9011, and the declaration shall:

---

[1]If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions.
[2]You may obtain Local Form CSD 1184 from the office of the Clerk of the U.S. Bankruptcy Court.

CSD 1182   [Continued on Page 2]

      a.    identify the interest of the opposing party; and

      b.    state, with particularity, the grounds for the opposition.

3.    **YOU MUST** file the original and one copy of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

IF YOU FAIL TO SERVE YOUR "DECLARATION IN OPPOSITION TO INTENDED ACTION" AND "REQUEST AND NOTICE OF HEARING" within the 14-day[1] period provided by this notice, NO HEARING SHALL TAKE PLACE, you shall lose your opportunity for hearing, and the debtor or trustee may proceed to take the intended action.

DATED: December 7, 2007

_s/ ecf Michael G. Doan_
Attorney for Moving Party

### CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on __7__ day of __December 2007__, I served a true copy of the within NOTICE OF MOTION by US mail.

on the following persons [set forth name and address of each person served] and/or as checked below:

[ ] Attorney for Debtor (if required):
CHAPTER 7 TRUSTEE

**Gerald H. Davis**
P.O. Box 2850
Palm Springs, CA 92263


Countrywide Home Loans
PO Box 10287
Van Nuys, CA 91410


| [X] For Chpt. 7, 11, & 12 cases: | [ ] For ODD numbered Chapter 13 cases: | [ ] For EVEN numbered Chapter 13 cases: |
|---|---|---|
| UNITED STATES TRUSTEE<br>Department of Justice<br>402 West Broadway, Suite 600<br>San Diego, CA 92101 | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>530 "B" Street, Suite. 1500<br>San Diego, CA 92101 | DAVID L. SKELTON, TRUSTEE<br>525 "B" Street, Suite 1430<br>San Diego, CA 92101-4507 |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __Dec 7, 2007__
        (Date)

_s/ ecf Justin Killman_
Justin Killman

2850 Pio Pico Drive, Suite D
Carlsbad, CA 92008

CSD 1182