Name, Address, Telephone No. & I.D. No.

Michael G. Doan, SBN 175649
Doan Law Firm, LLP
2850 Pio Pico Drive, Suite D
Carlsbad, CA 92008
Phone (760) 450-3333 • Fax (760) 720-6082
mike@debtwipeout.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re   Susan C. Clevenger, William R. Clevenger

BANKRUPTCY NO. 06-02058-JM7

Debtor.

## NOTICE OF HEARING AND MOTION

TO:   Countrywide Home Loans

**YOU ARE HEREBY NOTIFIED** that on April 4, 2008                    , at  10:30 a.m., in Department No. 1, Room 218, the Jacob Weinberger United States Courthouse, located at 325 West "F" Street, San Diego, California 92101-6991, there will be a hearing regarding the Debtor's application for order to show cause for contempt of bankruptcy discharge under 11 USC Section 524 and 11 USC Sec. 105.

Any opposition or other response to this motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, NOT LATER THAN FOURTEEN (14)[1] DAYS FROM THE DATE OF SERVICE.

DATED: February 29, 2008

/s ecf Michael G. Doan
Michael G. Doan, Attorney for Debtor

---

[1] If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions.

CSD 1183

# CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on <u>29nd</u> day of <u>February, 2008</u>, I served a true copy of the within Debtor's application for order to show cause for contempt of bankruptcy discharge under 11 USC Section 524 and 11 USC Sec. 105

on the following persons [set forth name and address of each person served] and/or as checked below:

[ ]  Attorney for Debtor (if required):

Countrywide Home Loans
PO Box 10287
Van Nuys, CA 91410-0210

The prentice hall corporation system. inc.
C/O Countrywide Home Loans, Inc.
PO Box 526036
Sacramento, CA 95852

|  | For Chpt. 7, 11, & 12 cases: | [ ] | For ODD numbered Chapter 13 cases: | [ ] | For EVEN numbered Chapter 13 cases: |
|---|---|---|---|---|---|
| [ ] | UNITED STATES TRUSTEE<br>Department of Justice<br>402 West Broadway, Suite 600<br>San Diego, CA 92101 |  | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>530 "B" Street, Suite. 1500<br>San Diego, CA 92101 |  | DAVID L. SKELTON, TRUSTEE<br>525 "B" Street, Suite 1430<br>San Diego, CA 92101-4507 |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on <u>February 29, 2008</u>
            (Date)

/s ecf Justin Killman
Justin Killman

<u>2850 Pio Pico Drive, suite D</u>
(Address)

<u>Carlsbad, CA 92008</u>
(City, State, ZIP Code)

CSD 1183