# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | WILLIAM R. & SUSAN C CLEVENGER |
| **Case Number:** | 06-02058-JM7    **Chapter:** 7 |
| **Date / Time / Room:** | FRIDAY, APRIL 04, 2008 10:30 AM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | JAMES W. MEYERS |
| **Courtroom Clerk:** | MARCIA PEARSON |
| **Reporter / ECR:** | COLLETTA BROOKS |

### *Matter:*

MOTION ON DEBTOR'S APPLICATION FOR ORDER TO SHOW CAUSE FOR CONTEMPT OF BANKRUPTCY DISCHARGE UNDER 11 USC 524 AND 11 USC 105, REQUEST FOR ATTORNEY'S FEES AND COSTS FILED BY MICHAEL G. DOAN ON BEHALF OF SUSAN C CLEVENGER, WILLIAM R. CLEVENGER.

### *Appearances:*

Ken Andrews, ATTORNEY FOR William R. Clevenger, Susan C Clevenger

### *Disposition:*

Granted; Order to be prepared by Andrews