# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### *Hearing Information:*

|  |  |
|---:|:---|
| **Debtor:** | WILLIAM R. & SUSAN C CLEVENGER |
| **Case Number:** | 06-02058-JM7    **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 30, 2008 10:30 AM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | JAMES W. MEYERS |
| **Courtroom Clerk:** | MARCIA PEARSON |
| **Reporter / ECR:** | TRISH CALLIHAN |

### *Matter:*

ORDER TO SHOW CAUSE RE CONTEMPT

### *Appearances:*

SHAWN A. DOAN, ATTORNEY FOR WILLIAM R. CLEVENGER, SUSAN C CLEVENGER

### *Disposition:*

Granted, including after 90 days $500 per month allowed.  Order to be prepared by Doan