1  **BRYAN CAVE LLP**
   Katherine M. Windler, California Bar No. 158899
2  120 Broadway, Suite 300
   Santa Monica, California 90401-2386
3  Telephone:     (310) 576-2100
   Facsimile:     (310) 576-2200
4  Email:         katherine.windler@bryancave.com

5  Attorneys for Creditor Countrywide Home Loans, Inc.

6

7           UNITED STATES BANKRUPTCY COURT

8            SOUTHERN DISTRICT OF CALIFORNIA

9  In re                                    Case No. 06-02058 -JM

10                                           Chapter 7

11 WILLIAM R. CLEVENGER and SUSANA C.        Assigned to the Honorable James W. Meyers
   CLEVENGER,
12                                           **ACKNOWLEDGMENT OF**
              Debtors.                       **SATISFACTION OF ORDER**
13

14                                           Date:    October 30, 2008
                                             Time:    10:30 a.m.
15                                           Place:   325 West F Street
                                                      San Diego, California 92101
16

17

18         William R. Clevenger and Susana C. Clevenger ("Debtors") acknowledge that the Order

19 issued by this Court on October 30, 2008 and entitled *"Order on Debtors' Application for Order*

20 *to Show Cause for Contempt of Bankruptcy Discharge Under 11 USC § 524 And 11 USC § 105;*

21 *Request for Attorneys Fees and Costs; Points And Authorities in Support Thereof"* ("Order") and

22 entered on October 31, 2008 has been paid by Countrywide Home Loans, Inc. to the full

23 satisfaction of the Debtors.

24 Dated: November 25, 2008                   Respectfully submitted,

25                                            DOAN LAW FIRM, LLP

26                                            [signature]

27                                            _____
                                              Shawn A. Doan
28                                            Attorneys for Debtors, William R. Clevenger
                                              and Susana C. Clevenger

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386