Michael G. Doan, SBN 175649
Doan Law Firm, LLP
2850 Pio Pico Drive, Suite D
Carlsbad, CA 92008
Phone (760) 450-3333 • Fax (760) 720-6082
mike@doanlaw.com

Attorney for Laura Catlin

## UNITED STATES BANKRUPTCY COURT

### Southern District of California

| | |
|---|---|
| IN RE: | Case No    08-06043 |
| LAURA  CATLIN, | Chapter    7 |
| | AP No |
| DEBTOR, | |
| | **ADVERSARY PROCEEDING SEEKING INJUNCTIVE RELIEF AND MONETARY DAMAGES FOR VIOLATION OF THE AUTOMATIC STAY PURSUANT TO 11 USC 362;** |
| LAURA  CATLIN, | |
| PLAINTIFF/DEBTOR, | |
| VS. | |
| SUNLAN-062804 LLC, KENNETH MIELE, LAW OFFICES OF KENOSIAN & MIELE, LLP, AND DOES 1 THROUGH 10, INCLUSIVE, | |
| DEFENDANT. | |

**I.**

**INTRODUCTION**

1.    Plaintiff/Debtor, Laura  Catlin, ("PLAINTIFF"), brings this Adversary Proceeding against

SUNLAN-062804 LLC,  LAW OFFICES OF KENOSIAN & MIELE, LLP, and

KENNETH MIELE ("DEFENDANTS"), arising from collecting on a pre-petition debt in

violation of 11 USC 362 (the "Automatic Stay"); seeking compensatory damages,

punitive damages, injunctive relief, attorney fees and costs, and other relief.

## II.

## JURISDICTION

2.   Jurisdiction is conferred on this Court pursuant to the provisions of 11 USC 1334 in that this proceeding arises from and is related to the above captioned case under Title 11.

3.   This Court has both personal and subject matter jurisdiction to hear this case pursuant to 28 USC 1334 and 28 USC 157(b)(2), respectively.

4.   This Court also has jurisdiction pursuant to 28 USC 1331 in light of the Federal Subject Matter of 11 USC 362.

5.   This matter is primarily a core proceeding under 28 USC 157 and therefore the Bankruptcy Court has jurisdiction to enter a final order.  However, in the event this case is determined to be a non-core proceeding, PLAINTIFF consents to the entry of a final order by the Bankruptcy Judge.  This adversary is proper in that it seeks injunctive and equitable relief  per FRBP 7001(7).

6.   Venue lies in this District pursuant to 28 USC 1391(b).

## III.

## PARTIES

7.   PLAINTIFF has residence in Carlsbad, California, and is a Debtor under Title 11, of the United States Code.

8.   The last 4 digits of the PLAINTIFF'S taxpayer identification for 11 USC 342 purposes is 6257.

9.   DEFENDANT, SUNLAN-062804 LLC, is a business located at SUNLAN-062804 LLC, 8581 Santa Monica Blvd #17, West Hollywood, CA, 90069.

10.   DEFENDANT was duly listed in the PLAINTIFF'S Bankruptcy Filing.

11.   DEFENDANT, KENNETH MIELE, is an attorney representing DEFENDANT SUNLAN-062804 LLC, and has business address at  8581 Santa Monica Blvd #17, West Hollywood, CA, 90069.

12.   DEFENDANT,  LAW OFFICES OF KENOSIAN & MIELE, LLP, is a limited liability

1    partnership law firm representing DEFENDANT SUNLAN-062804 LLC, and has

2    business address at 8581 Santa Monica Blvd #17, West Hollywood, CA, 90069.

3  13.    PLAINTIFF believes, and thereupon alleges, each DEFENDANT, were at all times

4    mentioned, the agent, employee, assignor, assignee, and alter ego of each of the

5    remaining CO-DEFENDANTS, and in committing the acts herein alleged, was acting in

6    the scope of their authority as such agents, employees, or alter egos and with the

7    permission and consent of the remaining CO-DEFENDANTS.

8  14.    PLAINTIFF is unaware of the true names and capacities of DEFENDANT DOES 1-10,

9    inclusive. PLAINTIFF is informed and believes and thereon alleges that each fictitious

10    DEFENDANT was in some way responsible for the matters and things complained of

11    herein, and in some fashion, has legal responsibility therefore. When the exact nature and

12    identity of each fictitious DEFENDANT'S responsibility for the matters and things herein

13    alleged are ascertained by PLAINTIFF, the same will seek to amend this complaint and

14    all proceedings to set forth the same.

15                          **IV.**

16                         **<u>FACTS</u>**

17  15.    On November 1, 2007, PLAINTIFF retained Doan Law Firm, LLP, to file a chapter 7

18    bankruptcy.

19  16.    On or about November 5, 2007, a cease and desist order was served upon

20    DEFENDANTS, instructing them to cease all future communications with the

21    PLAINTIFF and that a Chapter 7 would soon be filed. See attachment "A" as

22    incorporated by reference herein.

23  17.    On or about November 14, 2007, attorney Arash Khakshooy for DEFENDANTS called

24    Doan Law Firm, LLP to discuss the debt and was advised that a Chapter 7 would be filed

25    soon.

26  18.    On or about November 29, 2007, DEFENDANTS served upon Doan Law Firm, LLP, a

27    notice of entry of default in the matter SUNLAN-062804 v. Catlin, case number 37-2007-

28    00056138. See attachment "B" incorporated herein by reference.

19.     PLAINTIFF filed for Chapter 7 Bankruptcy relief on June 30, 2008.

20.     On or about July 4, 2008, the Bankruptcy Noticing Center mailed notice of the Chapter 7 Bankruptcy Filing to Defendants at 8581 Santa Monica Blvd., #17, Los Angeles, CA 90069-4120.

21.     DEFENDANTS had actual notice of the Chapter 7 Bankruptcy Filing.

22.     Notwithstanding actual bankruptcy notice, DEFENDANTS intentionally and willfully disregarded the Bankruptcy and on or about July 16, 2008, mailed a Notice of Levy to Washing Mutual Bank at 2580 El Camino Real, Carlsbad, CA 92008, to garnish all accounts of PLAINTIFF to satisfy judgment in the amount of $14,574.49.  See attachment "C" incorporated herein by reference.

23.     On or about July 17, 2008, PLAINTIFF'S two (2) accounts at Washington Mutual were garnished in the amounts of $1,155.00 and $857.00, during the automatic stay of 11 USC 362.  An additional "legal processing fee" in the amount of $100.00 was also charged against the PLAINTIFF's account.  See attachment "D" incorporated herein by reference.

24.     On or about July 18, 2008, Doan Law Firm, LLP telephoned DEFENDANTS to advise of the unlawful activity and to return the money immediately.

25.     On or about July 18, 2008, Attorney Jeff Larkin sent correspondence to DEFENDANTS demanding the stay violation be corrected and further advised that the failure to do so would subject them to a lawsuit.  See Attachment "E" incorporated herein by reference.

26.     On or about July 21, 2008, the garnishments caused an overdraft charge of $33.00.  See attachment "F" incorporated by reference herein.

27.     DEFENDANTS refused to return the garnished funds until August 11, 2008.

28.     The next day, on or about August 12, 2008, DEFENDANTS again attempted to levy PLAINTIFF's bank accounts. See Attachment "G" incorporated by reference herein.

29.     On or about August 18, 2008, Attorney Jeff Larkin wrote DEFENDANTS demanding that the violations of the automatic stay cease and that the status qou be restored.  See Attachment "H" incorporated herein by reference.

30.     On or about November 25, 2008, another Notice of Levy was sent to Washington Mutual.

1   See attachment "I" incorporated herein by reference.

2   31.   On or about November 26, 2008, DEFENDANTS garnished additional wages in the

3   amount of $1253.00, $319.00, and $755.00, plus an additional $100.00 legal processing

4   fee.  See attachment "J" incorporated herein by reference.

5   32.   To date, PLAINTIFF has not been returned the $33.00 in overdraft charges $200.00 in

6   legal processing fees, and $2,327.00 from the 11/26/08 garnishment.

7   33.   PLAINTIFF has also had her overdraft protection at the bank revoked.

8   34.   PLAINTIFF has also suffered damages in driving to and from her attorneys office and

9   phone calls in attempts to correct the forgoing.

10   35.   PLAINTIFF has also suffered additional damages as a sole proprietor by not having the

11   requisite cash flow to run her business due to the garnished monies.

12   36.   To date, DEFENDANTS refuse to cease attachment efforts or return the PLAINTIFF to

13   her status qou prior to the attachment.

14

15   V.

16   **CAUSE OF ACTION**

17   **VIOLATION OF THE AUTOMATIC STAY**

18   **11 USC 362**

19

20   37.   PLAINTIFF realleges and incorporates by reference the above paragraphs as though set

21   forth fully herein.

22   38.   DEFENDANTS have received multiple notices of the Bankruptcy Filing.

23   39.   All DEFENDANTS actions were intentionally and willfully committed with full

24   knowledge of the Bankruptcy and Automatic Stay of 11 USC 362.

25   40.   DEFENDANTS willfully violated the Automatic Stay of 11 USC 362 by an act to collect,

26   assess, or recover a claim against the debtor, that arose before the commencement of the

27   case under this title.

28   41.   DEFENDANTS willfully violated the Automatic Stay of 11 USC 362 by failing to undo

their attachment actions, failing to release the bank levy, failing to return monies, and failing to reimburse the PLAINTIFF for NSF and legal processing fees.

**VI.**

**PRAYERS FOR RELIEF**

**WHEREFORE,** the PLAINTIFF having set forth her claims for relief against the DEFENDANTS respectfully prays of the Court for Injunctive Relief, Monetary Damages, and Civil Compensatory Contempt Damages, against each DEFENDANT, joint and several, as follows:

A.. Awarding actual damages of $33.00 and $200.00, and $2,327.00;

B. Awarding actual damages of $5,000.00 for cash flow issues and termination of the overdraft protection privileges;

C. Awarding Punitive damages in the amount of $50,000.00;

D. Awarding reasonable attorney's fees and litigation expenses, plus costs of suit;

E. Awarding Declaratory Relief that the violations of 11 USC 362 were willful;

F. Awarding Contempt Violations under 11 USC 105 under 11 USC 524 after discharge is entered if actual damages are not satisfied by that date;

G. Awarding a "coercive fine" payable to the Court for everyone month that actual damages are not returned, commencing January 1, 2009.

H. Awarding injunctive relief to cease all future collection efforts, and withdraw all levies;

I. Such other and further relief as the Court may deem just and proper.

Dated: December 21, 2008        Respectfully submitted,

**DOAN LAW FIRM, LLP**

By:

Michael G. Doan, Attorney for PLAINTIFF

Page 6 of 6

# ATTACHMENT A

ATTACHMENT A

## PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

Re:    Laura E. Catlin

I am employed in the County of San Diego, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 2850 Pio Pico, Suite D, Carlsbad, CA  92008.

On **November 5, 2007**, I served the within document described as **NOTICE OF ATTORNEY REPRESENTATION - CEASE AND DESIST LETTER**  on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

**See Attached List**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Carlsbad, California in the ordinary course of business.  I am aware that on the motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **November 5, 2007** at Carlsbad, California.


_____
Ruben Maldonado

# Doan Law Firm, LLP
2850 Pio Pico Drive, Suite D
Carlsbad, California 92008
Phone (760) 450-3333 • Fax (760) 720-6082
doanlaw.com

November 5, 2007

SUNLAN, LLC A Limited Liability Company
C/O Kenneth J. Miele, Esq.
Law Offices of Kenosian & Miele, LLP
8581 Santa Monica Blvd., #17
Los Angeles, CA 90069

Re:   Debtor(s):   Laura E. Catlin
      Account No:   CASE NO. 37-2007-00056138-CL-CL-NC
      Soc Sec No:   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,

To Whom It May Concern:

You are hereby notified the above referenced debtor(s) have retained our Law Firm to discharge your claim for money through a Chapter 7 Bankruptcy. Accordingly, whether you are a collection agent or the original creditor, you must now **cease and desist any and all future communications** with the above referenced Debtors(s) as required by **California Civil Code Section 1788.17(recently enacted in September, 1999) incorporating 15 U.S.C. Section 1692b(6).** Please note that such prohibited contacts include billing and account statements, collection letters, and any and all other forms of communication by letter, phone, fax, email, or any other means. Furthermore, you are prohibited from any contact directly or indirectly with any employer, family member, friend, neighbor, or creditor of our client(s).

You are also notified that the debtor(s) **dispute** the validity of the debt, **refuse to pay**, and require that you **cease further communication** with them pursuant to **California Civil Code Section 1788.17 incorporating 15 U.S.C. Section 1692c(c).** You may send all future billing statements as required by the FCBA to our office.

All future communications and correspondence must go through our office via any of the following:

      EMAIL:     status@debtwipeout.com;
      FAX:       (760) 720-6082;
      MAIL:      Address above;
      PHONE:     (760) 450-3333 Ext 3 (during the hours of 8am to 12pm, PDT, M-F).

Any further communication with our client(s) absent our express written consent, violates the Rosenthal Fair Debt Collections Practices Act as disclosed above, and will result in a lawsuit against you for actual damages, statutory penalties, attorney fees and costs. If your policies and procedures conflict with the forgoing laws, please take corrective action immediately. THIS LETTER WILL SERVE AS EVIDENCE OF A **KNOWING AND WILLFUL VIOLATION** SHOULD YOU CONTACT THE DEBTOR IN THE FUTURE.

Very truly yours,

Michael G. Doan, Attorney at Law

A

DOAN LAW FIRM, LLP
2850 PIO PICO DRIVE, SUITE D
CARLSBAD, CA 92008

SUNLAN, LLC A Limited Liability Company
C/O Kenneth J. Miele, Esq.
Law Offices of Kenosian & Miele, LLP
8581 Santa Monica Blvd., #17
Los Angeles, CA 90069

*A*

# ATTACHMENT B

ATTACHMENT B

MICHAEL G. DOAN      42793
DOAN  LAW  FIRM, LLP
2850 PIO PICO DRIVE   SUITE D
CARLSBAD, CA 92008

CIV-100

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, bar number, and address):
KENNETH J. MIELE, BAR #165730
LAW OFFICES OF KENOSIAN & MIELE, LLP
8581 SANTA MONICA BLVD., #17
LOS ANGELES, CA 90069

TELEPHONE NO.: 310-289-0500     FAX NO.(Optional): 310-289-5177
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): SUNLAN-062804, LLC

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 325 S MELROSE DR., #100
MAILING ADDRESS: 325 S MELROSE DR., #100
CITY AND ZIP CODE: VISTA, CA 92081
BRANCH NAME: VISTA LIMITED CIVIL

PLAINTIFF/PETITIONER:
SUNLAN-062804, LLC , A LIMITED LIABILITY COMPANY

DEFENDANT/RESPONDENT:
LAURA E. CATLIN aka  LAURA E. SMITH aka  LAURA CATLIN

| REQUEST FOR | [ x ] Entry of Default | [ x ] Clerk's Judgment | CASE NUMBER: |
| (Application) | [ ] Court Judgment | | 37-2007-00056138-CL-CL-NC |

1. **TO THE CLERK:** On the complaint or cross-complaint filed
   a. on (date): 08-31-07
   b. by (name): SUNLAN-062804, LLC , A LIMITED LIABILITY COMPANY
   c. [ X ] Enter default of defendant (names):

       LAURA E. CATLIN aka  LAURA E. SMITH aka  LAURA CATLIN

   d. [ ] I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant (names):

       (Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)
   e. [ X ] Enter clerk's judgment
       (1) [ ] for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)
           [ ] Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The Prejudgment Claim of Right to Possession was served in compliance with Code of Civil Procedure section 415.46.
       (2) [ X ] under Code of Civil Procedure section 585(a). (Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)
       (3) [ ] for default previously entered on (date):

2. **Judgment to be entered.**

| | Amount | Credits acknowledged | Balance |
|---|---|---|---|
| a. Demand of complaint ....................... $ | 12007.52 | $ 0.00 | $ 12007.52 |
| b. Statement of damages * | | | |
|   (1) Special ............................................ $ | | $ | $ |
|   (2) General ........................................... $ | | $ | $ |
| c. Interest ............................................... $ | 1384.98 | $ 0.00 | $ 1384.98 |
| d. Costs (see reverse) ......................... $ | 365.00 | $ 0.00 | $ 365.00 |
| e. Attorney fees .................................... $ | 880.00 | $ 0.00 | $ 880.00 |
| f. **TOTALS** ........................................ $ | 14637.50 | $ 0.00 | $ 14637.50 |

   g. **Daily damages** were demanded in complaint at the rate of: $ _____ per day beginning (date):
   (* Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)
3. [ ] (Check if filed in an unlawful detainer case) **Legal document assistant or unlawful detainer assistant** information is on the reverse (complete item 4).

Date: 11-29-07
KENNETH J. MIELE, ATTORNEY FOR PLAINTIFF
       (TYPE OR PRINT NAME)
                  ▶     _____
                           (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

| FOR COURT USE ONLY | (1) [ ] Default entered as requested on (date): |
| | (2) [ ] Default NOT entered as requested (state reason): |
| | Clerk, by: _____, Deputy |

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-100 [Rev. January 1, 2007]

**REQUEST FOR ENTRY OF DEFAULT**
(Application to Enter Default)

Code of Civil Procedure,
§§ 585-587 , 1169

# ATTACHMENT C

ATTACHMENT C

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*:

☐ Recording requested by and return to:

PMGI LLC
8581 Santa Monica Blvd 17
West Hollywood, CA 90069

TELEPHONE NO.:
(310) 289-0500

FOR RECORDER'S USE ONLY

ATTORNEY FOR *(Name)*:

NAME OF COURT: San Diego County Superior Court
STREET ADDRESS: 325 S Melrose Dr
MAILING ADDRESS:
CITY AND ZIP CODE: Vista, CA 92081
BRANCH NAME: Vista

PLAINTIFF: Sunlan-062804 LLC

DEFENDANT: Laura E Catlin

**NOTICE OF LEVY**
under Writ of [ X ] Execution (Money Judgment) ☐ Sale

LEVYING OFFICER *(Name and Address)*:

San Diego County Sheriff
Sheriff's Civil Office
325 South Melrose Dr Ste 2400
Vista, CA 92081-6692
(760) 940-2898

| LEVYING OFFICER FILE NO.: | COURT CASE NO.: |
|---|---|
| 2008482398 | 37-2007-00056138 |

TO THE PERSON NOTIFIED *(name)*: Laura E Catlin aka Laura E Smith aka Laura Catlin
362 Chinquapin Ave 4
Carlsbad, CA 92008

1. The judgment creditor seeks to levy upon property in which the judgment debtor has an interest and apply it to the satisfaction of a judgment as follows:
   a. judgment debtor *(name)*: Laura E Catlin aka Laura E Smith aka Laura Catlin 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
   b. the property to be levied upon is described
      ☐ in the accompanying writ of possession or writ of sale.
      [ X ] as follows:

Any and all deposit accounts, safe deposit boxes, monies, credits, rents, debts, effects due or owing the judgment debtor in the possession or under the control of the person, business, firm, association, partnership, corporation or financial institution listed above under garnishee. This levy is made in accordance with SEC.700.140 or 700.150 CCP. - Any and all accounts.

2. The amount necessary to satisfy the judgment creditor's judgment is *(specify total amount due under the writ less partial satisfactions plus daily interest from the date of the writ until the date of levy)*:

   $ 14,574.49

3. You are notified as
   a. [ X ] a judgment debtor.
   b. ☐ a person other than the judgment debtor *(state capacity in which person is notified)*:

*(Read Information for Judgment Debtor or Information for Person Other Than Judgment Debtor on reverse.)*

Notice of Levy was
☑ mailed on *(date)*: 7/16/08
☐ delivered on *(date)*:
☐ posted on *(date)*:
☐ filed on *(date)*:
☐ recorded on *(date)*:

William B. Kolender
Sheriff

Garnishee:
Washington Mutual Bank
2580 El Camino Real
Carlsbad, CA 92008

Signed by: Sheriff's Authorized Agent

[ X ] Levying officer ☐ Registered process server

DEBTOR'S COPY

*(Continued on reverse)*

Form Approved by the
Judicial Council of California
EJ-150 (Rev. January 1, 1985)

NOTICE OF LEVY
(Enforcement of Judgment)

WEST GROUP
Official Publisher

CCP 699.540

@002                AURORA BHC SANDIEGO                07/21/2008 12:21 FAX 8583851705

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
COURT SERVICES BUREAU
325 SOUTH MELROSE DRIVE, SUITE 2400
VISTA, CA 92081-6692

RETURN SERVICE REQUESTED

FIRST CLASS AUTO

Hasler
$00.35
07/17/2008
Mailed From
US POSTAGE

Reuben
760-
720-
6082

# ATTACHMENT D

ATTACHMENT D

# Washington Mutual Bank

ACCOUNT TRANSACTION HISTORY

| ACCOUNT # | ACCOUNT NAME | PRODUCT |
|---|---|---|
| 039400003158522 | CATLIN LAURA E | WAMU FREE CHECKING(TM) |

CURRENT BALANCE:     $0.59

| DATE | WITHDRAWALS | DEPOSITS | CHECK # | DESCRIPTION |
|---|---|---|---|---|
| 07/17/2008 | -$1,155.00 | | | LEVY/WRIT WITHDRAWAL |
| 07/15/2008 | -$203.00 | | | *LAS AMERICAS      SAN YSIDRO   0715  STACA |
| 07/03/2008 | -$150.00 | | 339 | |

3124m (08/02)                              07/17/2008  15:51:03                              Page  1  of  1

WaMu Free Checking(tm) 0391-0000318852-2  REVIEW

| Post date | Eff. date | D/C | Amount | Ending Balance | Check # | Description |
|-----------|-----------|-----|--------|----------------|---------|-------------|
| 07/17/2008 | 07/16/2008 | D | -$1,155.00 | $0.59 | | LEVY/WRIT WITHDRAWAL |
| 07/15/2008 | 07/15/2008 | D | -$203.00 | $1,155.59 | | *LAS AMERICAS    SAN YSIDRO    07 |
| 07/03/2008 | 07/03/2008 | D | -$150.00 | $1,358.59 | 339 | |

Sorting
- Newest to oldest
- Oldest to newest

History Selection
- Current
- Extended

☑ Charge fee  ($5.00)

| | |
|---|---|
| Number of entries | 3 |
| More remaining | |
| Current date | |
| Current time | |
| Balance | $0.59 |

Filter...    Print    Update    Refresh history    Refresh from host    Close    Help

Update and close

MON  MCR  CCS  PIM

07-17-08 - 3:51:12 PM

WaMu Free Checking (tm) (19) 0000158522 Review

Type        General alert

Details for General alert

Status      Active

Date placed  07/17/2008

Date expires  10/15/2008

Reasons
310-289-0500 FOR INFO. LEVY
DEPT LA, W/D $1155.00

Comments
GARN REC'D FOR $14574.19 CUST
CAN CALL KENNETH J MIELE ®

Close      Help

Reason 1        Reason 2

Reason 1

Reason 1

Type    Placed    Expires    Check

# Washington Mutual Bank

ACCOUNT TRANSACTION HISTORY

ACCOUNT #
030900003462823

ACCOUNT NAME
CATLIN LAURA E

PRODUCT
FREE BUSINESS CHECKING

CURRENT BALANCE:          $0.72

| DATE | WITHDRAWALS | DEPOSITS | CHECK # | DESCRIPTION |
|---|---|---|---|---|
| 07/17/2008 | -$857.00 | | | LEVY/WRIT WITHDRAWAL |
| 07/17/2008 | -$100.00 | | | LEGAL PROCESSING FEE |
| 07/16/2008 | | $550.00 | | CUSTOMER DEPOSIT |
| 07/15/2008 | -$38.00 | | | MC-LUXURY NAILS AND SPA      UPLAND      CA |
| 07/15/2008 | | $215.49 | | TRANSFIRST LLC  VMC SETTLE 080104388      2 |
| 07/15/2008 | -$46.72 | | | 133 W. 8TH ST.      NATIONAL CITY 0715 STACA |
| 07/14/2008 | -$30.45 | | | 5555 MISSION ROAD      BONSALL      0714 STACA |
| 07/14/2008 | -$30.45 | | | 810 TAMARACK      CARLSBAD      0713 STACA |
| 07/14/2008 | -$42.00 | | | 1602 UNIVERSITY AVEUS SAN DIEGO      0713 STACA |
| 07/10/2008 | -$126.34 | | | TRANSFIRST LLC  DISCOUNT  080104388      2 |
| 07/09/2008 | -$1,180.00 | | 1237 | |
| 07/09/2008 | | $263.98 | | TRANSFIRST LLC  VMC SETTLE 080104388      2 |
| 07/09/2008 | | $360.00 | | CUSTOMER DEPOSIT |
| 07/08/2008 | -$10.61 | | | MC-COYOTE BAR & GRILL      CARLSBAD      CA |
| 07/08/2008 | -$27.99 | | | MC-COYOTE BAR & GRILL      CARLSBAD      CA |
| 07/08/2008 | -$101.73 | | | 825 GRAND AVE      SAN MARCOS  0708 STACA |
| 07/08/2008 | | | | ALTERNATE FLOAT ADJUSTMENT INCREASE |
| 07/08/2008 | | | | ALTERNATE FLOAT ADJUSTMENT DECREASE |
| 07/07/2008 | -$17.23 | | | MC-CLOSET OCEAN SIDE      OCEANSIDE      CA |
| 07/07/2008 | | $200.00 | | 699 GRAND AVE      CARLSBAD      0706 GWCCA |
| 07/07/2008 | | $615.00 | | 699 GRAND AVE      CARLSBAD      0704 GWCCA |
| 07/07/2008 | -$60.59 | | | 2570 VISTA WAY      OCEANSIDE  0704 STACA |
| 07/03/2008 | -$22.78 | | | MC-COLDSTN CREAM #75  Q24    CARLSBAD      CA |
| 07/03/2008 | | $53.87 | | TRANSFIRST LLC  VMC SETTLE 080104388      2 |
| 07/03/2008 | -$40.45 | | | 810 TAMARACK      CARLSBAD      0703 STACA |
| 07/03/2008 | -$43.83 | | | 2100 VISTA WAY      OCEANSIDE (W  0703 STACA |
| 07/03/2008 | -$143.00 | | | *CARLSBAD VILLAGE      CARLSBAD      0703 STACA |
| 07/02/2008 | -$17.40 | | | MC-COMMUNITY RESOURCE CEN      OCEANSIDE      CA |
| 07/02/2008 | -$36.35 | | | MC-CARLSBAD VILLAGE CLEAN      CARLSBAD      CA |
| 06/30/2008 | -$2.00 | | | ATM WITHDRAWAL FEE - DOMESTIC |
| 06/30/2008 | -$200.00 | | 1230 | |
| 06/30/2008 | -$14.76 | | | MC-BRAVO'S MEXICAN BRISTO      SAN DIEGO      CA |
| 06/30/2008 | -$27.94 | | | MC-GOODWILL INDUSTRIES #2      SAN DIEGO      CA |
| 06/30/2008 | -$43.10 | | | MC-SUSU BOOTHTIQUE      SAN DIEGO      CA |
| 06/30/2008 | -$71.01 | | | MC-RCP BLOCK & BRICK      ESCONDIDO      CA |
| 06/30/2008 | -$42.00 | | | 1602 UNIVERSITY AVEUS SAN DIEGO      0629 STACA |
| 06/30/2008 | -$80.45 | | | 810 TAMARACK      CARLSBAD      0628 STACA |
| 06/30/2008 | -$27.37 | | | 955 TAMARACK AVENUE  CARLSBAD      0628  STACA |
| 06/26/2008 | -$14.53 | | | SANTA FE PLAZA      ENCINITAS  0627 STACA |
| 06/25/2008 | -$36.43 | | | MC-JOANN FABRIC #1464      OCEANSIDE      CA |
| 06/25/2008 | -$81.80 | | | MC-SKY RIVER STUDIO      SEATTLE      WA |
| 06/25/2008 | -$33.10 | | | 3405 MARRON ROAD      OCEANSIDE  0625 STACA |

07-23-08 - 9:41:26 AM

**Free Business Checking 0509 0000 1024125 1 Review**

| Post date | Eff. date | D/C | Amount | Ending Balance | Check # | Description |
|---|---|---|---|---|---|---|
| 07/17/2008 | 07/16/2008 | D | -$957.00 | $0.72 | | LEVY/WRIT WITHDRAWAL |
| 07/17/2008 | 07/17/2008 | D | -$100.00 | $957.72 | | LEGAL PROCESSING FEE |
| 07/16/2008 | 07/16/2008 | C | $550.00 | $957.72 | | CUSTOMER DEPOSIT |
| 07/15/2008 | 07/15/2008 | D | -$38.00 | $407.72 | | MC-LUXURY NAILS AND SPA      UPLAI |
| 07/15/2008 | 07/15/2008 | C | $215.49 | $445.72 | | TRANSFIRST LLC  VMC SETTLE 08010 |
| 07/15/2008 | 07/15/2008 | D | -$46.72 | $230.23 | | 133 W. 8TH ST.      NATIONAL CITY 07 |
| 07/14/2008 | 07/14/2008 | D | -$30.45 | $276.95 | | 5555 MISSION ROAD   BONSALL      0 |
| 07/14/2008 | 07/13/2008 | D | -$30.45 | $307.40 | | B10 TAMARACK      CARLSBAD     07 |
| 07/14/2008 | 07/14/2008 | D | -$42.00 | $337.85 | | 1602 UNIVERSITY AVEUS SAN DIEGO |
| 07/10/2008 | 07/10/2008 | D | -$126.34 | $379.85 | | TRANSFIRST LLC  DISCOUNT  B80104 |
| 07/09/2008 | 07/09/2008 | D | -$1,180.00 | $506.19 | 1237 | |
| 07/09/2008 | 07/09/2008 | C | $263.98 | $1,686.19 | | TRANSFIRST LLC  VMC SETTLE 08010 |
| 07/09/2008 | 07/09/2008 | C | $360.00 | $1,422.21 | | CUSTOMER DEPOSIT |
| 07/08/2008 | 07/08/2008 | D | -$10.51 | $1,062.21 | | MC-COYOTE BAR & GRILL      CARLSI |
| 07/08/2008 | 07/08/2008 | D | -$27.99 | $1,072.82 | | MC-COYOTE BAR & GRILL      CARLSI |
| 07/08/2008 | 07/08/2008 | D | -$101.73 | $1,100.81 | | 825 GRAND AVE      SAN MARCOS   0 |
| 07/08/2008 | 07/06/2008 | | $0.00 | $1,202.54 | | ALTERNATE FLOAT ADJUSTMENT INCR |
| 07/08/2008 | 07/06/2008 | | $0.00 | $1,202.54 | | ALTERNATE FLOAT ADJUSTMENT DECI |
| 07/07/2008 | 07/07/2008 | D | -$17.23 | $1,202.54 | | MC-CLOSET OCEAN SIDE      OCEAN( |

Sorting
☉ Newest to oldest
○ Oldest to newest

☑ Charge fee    ($5.00)

History Selection
☉ Current
○ Extended

Filter...    Print    Refresh history

Refresh from host    Close    Help

Number of entries
More remaining
Current date
Current time
Balance

B2
$0.72

Summary
Clients
Address
Details
Packages
Optional
Restrait
Transactions
Balance
Save/Close

07-17-08 - 3:50:27 PM

Free Business Checking 0301-04003-0282.1 - REVIEW

Summary
Clients
Address
Details
Packages
Optional

Restraints
Transactions
Balance
Save/Close

Reason 1

Reason 2

Reason 1

Reason 1

Type    General alert

Details for General alert

Status    Active

Date placed    07/17/2008

Date expires    10/15/2008

Reasons
310-269-0500 FOR INFO. LEVY
DEPT L.A. W/D $857.00

Comments
GARN REC'D FOR $14574.49  CUST
CAN CALL PMGT LLC    @

Close    Help

Type    Placed    Expires    Check

# ATTACHMENT E

ATTACHMENT E

TRANSACTION REPORT

JUL/18/2008/FRI 10:11 AM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|---|------|
| 001 | JUL/18 | 10:09AM | 13102895177 | 0:01:59 | 5 | OK | ECM | 4854 |

Michael G. Doan, Esq.*
Shawn Doan, Esq.
Kenneth L. Andrews, Esq.

*Board Certified Specialist
Consumer Bankruptcy Law
American Board of Certification

# DOAN LAW FIRM, LLP

DOAN LAW AND PROFESSIONAL TERRACE
2850 PIO PICO DRIVE, SUITE D
CARLSBAD, CALIFORNIA 92008

Telephone (760) 450-3333
Facsimile  (760) 720-6082
www.doanlaw.com

North San Diego County
1340 W. Valley Pkwy #208
Escondido, CA 92029
(760) 746-4476
FAX (760) 746-4436

July 18, 2008

*Via Facsimile  (310) 289-5177*

Kenneth J. Miele,
8581 Monica Blvd. #17
Los Angeles, CA 90069

Re:    Our Client(s):      **Laura Elizabeth Catlin**
       BK Case No:         **08-06043**

Dear Sir/Madam:

Your records should indicate that the above entitled debtor filed for bankruptcy relief on June 30, 2008. Enclosed is a notice of case filing and certificate of service indicating you were served notice of the bankruptcy on July 4, 2008. Nevertheless, the Law Offices of Kenneth J. Miele continue to pursue the debtor thru collections, specifically by levying debtor's bank accounts on July 17, 2008 in the amounts of $1155.00 and $857.00 respectively despite the bankruptcy filing.

Accordingly, your actions can be construed as a "knowing violation" of the automatic stay, most notably 11 USC 362(a)(1) which states a bankruptcy petition operates as a stay to:

> *the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;*

Moreover, case law also demands that any conduct taken in violation of the automatic stay be **undone.** See *In re Roman*, 207 B.R. 995, *In re Leetien* 98 B.R. 250(sanctions for failure to dismiss a lawsuit brought in violation of the automatic stay).

In light of the above, demand is hereby made that any and all garnishments, and bank levy's stop, and the above referenced amounts taken in violation of the automatic stay be undone and returned immediately to this office in care of the debtor.

Once again, we will need immediate compliance with the foregoing in order to avoid legal proceedings being brought against you for stay violation damages.

Sincerely,

Michael G. Doan, Esq.*
Shawn Doan, Esq.
Kenneth L. Andrews, Esq.

**DOAN LAW FIRM, LLP**

DOAN LAW AND PROFESSIONAL TERRACE
2850 PIO PICO DRIVE, SUITE D
CARLSBAD, CALIFORNIA 92008

North San Diego County
1340 W. Valley Pkwy #208
Escondido, CA 92029
(760) 746-4476
FAX (760) 746-4436

*Board Certified Specialist
Consumer Bankruptcy Law
American Board of Certification

Telephone (760) 450-3333
Facsimile   (760) 720-6082
www.doanlaw.com

July 18, 2008

*Via Facsimile  (310) 289-5177*

Kenneth J. Miele,
8581 Monica Blvd. #17
Los Angeles, CA 90069

Re:    Our Client(s):        **Laura Elizabeth Catlin**
       BK Case No:          **08-06043**

Dear Sir/Madam:

Your records should indicate that the above entitled debtor filed for bankruptcy relief on June 30, 2008. Enclosed is a notice of case filing and certificate of service indicating you were served notice of the bankruptcy on July 4, 2008. Nevertheless, the Law Offices of Kenneth J. Miele continue to pursue the debtor thru collections, specifically by levying debtor's bank accounts on July 17, 2008 in the amounts of $1155.00 and $857.00 respectively despite the bankruptcy filing.

Accordingly, your actions can be construed as a "knowing violation" of the automatic stay, most notably 11 USC 362(a)(1) which states a bankruptcy petition operates as a stay to:

> the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

Moreover, case law also demands that any conduct taken in violation of the automatic stay be **undone.** See *In re Roman*, 207 B.R. 995, *In re Leetien* 98 B.R. 250(sanctions for failure to dismiss a lawsuit brought in violation of the automatic stay).

In light of the above, demand is hereby made that any and all garnishments, and bank levy's stop, and the above referenced amounts taken in violation of the automatic stay be undone and  returned  immediately to this office in care of the debtor.

Once again, we will need immediate compliance with the foregoing in order to avoid legal proceedings being brought against you for stay violation damages.

Sincerely,

Jeffrey D. Larkin
Attorney at Law

JDL/rm

F

FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)                   Case Number **08−06043−JM7**

# UNITED STATES BANKRUPTCY COURT
## Southern District of California

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 6/30/08.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Laura Elizabeth Catlin
aka Laura E. Catlin, aka Laura Catlin, aka Laura Smith,
dba Stone Art Designs
362 Chinquapin Avenue, #4
Carlsbad, CA 92008

| | |
|---|---|
| Case Number:<br>08−06043−JM7 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−6257 |
| Attorney for Debtor(s) (name and address):<br>Jeffrey D. Larkin<br>Doan, Levinson & Liljegren, LLP<br>2850 Pio Pico Dr., Suite D<br>Carlsbad, CA 92008<br>Telephone number: 760−450−3333 | Bankruptcy Trustee (name and address):<br>Gregory A. Akers<br>P. O. Box 26219<br>San Diego, CA 92196<br>Telephone number: (858) 635−9350 |

## Meeting of Creditors

Date: **August 4, 2008**          Time: **02:15 PM**
Location: **Office of the U.S. Trustee, 402 W. Broadway (use C St. entrance), Suite 630, San Diego, CA 92101**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 10/3/08**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101−6991<br>Telephone number: 619−557−5620<br>Website: www.casb.uscourts.gov | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Barry K. Lander |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: 7/1/08 |



## EXPLANATIONS

FORM B9A (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices



United States Bankruptcy Court
Southern District of California

Case Number
08–06043–JM7

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE

An order for relief having been entered in the above–referenced case on 6/30/08, the following person is named Interim Trustee of the estate of the debtor:

Gregory A. Akers
P. O. Box 26219
San Diego, CA 92196

## TRUSTEE REQUIREMENTS

The Trustee requires that Debtor(s) show a government (picture) ID and evidence of their social security number at the 341(a) Creditor's Meeting.

Debtors are to provide the Trustee with written documentation supporting income earnings as set forth in Schedule I of the debtor's case within 15 days of the filing of the case. If documents are not provided, the Trustee may move for dismissal of the case without further notice to the Debtor or creditors. Alternatively, the Trustee may seek an extension of time to file to move for dismissal if the Trustee is investigating assets of the estate, without further notice to the Debtor or creditors.

**Debtors and debtors' attorneys must review the Standing Administration Guidelines immediately to comply with the production of supporting documentation of material represented in the Schedules and Statement of Financial Affairs. Failure to do so in a timely manner may result in continuances of Meetings and additional appearances.** The Standing Administration Guidelines are available on the internet at:

http://www.casb.uscourts.gov/pdf/guidelines.pdf

## DISMISSAL OF CASE

Notice is given that this case will be dismissed if the debtor(s) fails to pay the filing fee pursuant to Interim Rules of Bankruptcy Procedure 1006. This dismissal will occur without further notice.

Furthermore, notice is given that if the Debtor fails to file schedules, statements or other documents required by Interim Rules of Bankruptcy Procedure 1007 and/or 11 U.S.C. 521, or if the Debtor or Joint Debtor fails to appear at the §341(a) meeting that the Court, Trustee or U.S. Trustee may move for dismissal of the case without further notice to the Debtor or creditors.

## NOTICE OF FILING OF FINANCIAL MANAGEMENT COURSE CERTIFICATE

Notice is given that this case will be closed with no discharge if the debtor(s) fail to file the required Financial Management Course Certificate within 45 days after the first date set for the meeting of creditors under §341.

## BANKRUPTCY FRAUD

If you have information regarding any bankruptcy fraud or abuse, please contact the United States Trustee in writing at 402 West Broadway, Suite 600, San Diego, CA 92101 and/or by calling 619–557–5013.

For the Court:

Barry K. Lander, Clerk
United States Bankruptcy Court
Southern District of California

Dated: 7/1/08



**BAE SYSTEMS**

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

District/off: 0974-3          User: fbraxton          Page 1 of 1          Date Rcvd: Jul 02, 2008
Case: 08-06043               Form ID: b9a             Total Served: 14

The following entities were served by first class mail on Jul 04, 2008.
db          +Laura Elizabeth Catlin,    362 Chinquapin Avenue, #4,    Carlsbad, CA 92008-7422
aty         +Jeffrey D. Larkin,    Doan, Levinson & Liljegren, LLP,    2850 Pio Pico Dr., Suite D,
              Carlsbad, CA 92008-1555
tr          +Gregory A. Akers,    P. O. Box 26219,    San Diego, CA 92196-0219
smg         +Div. of Labor Standards Enforcement,    7575 Metropolitan Drive, Suite 210,
              San Diego, CA 92108-4424
smg         +Dun & Bradstreet,    Attn: Public Records, Maryanne Bachert,    899 Eaton Ave.,
              Bethlehem, PA 18025-0025
smg         +Employment Develop. Dept., State of CA,    Bankruptcy Unit - MIC 92E,    P.O. Box 826880,
              Sacramento, CA 94280-0001
smg         +State Board of Equalization,    P.O. Box 942879,    Sacramento, CA 94279-0001
11524163    +Law Office of Kenosian & Miele,    8581 Santa Monica Blvd.,    #17,   Los Angeles CA 90069-4120
11524165    +SUNLAN, LLC A Limited Liability Company,    C/O Kenneth J. Miele, Esq.,
              Law Offices of Kenosian & Miele, LLP,    8581 Santa Monica Blvd., #17,
              Los Angeles, CA 90069-4120
11524164    +Sallie Mae Servicing,    1002 Arthur Dr.,    Lynn Haven, FL 32444-1683

The following entities were served by electronic transmission on Jul 03, 2008.
smg          EDI: CALTAX.COM Jul 03 2008 05:33:00    Franchise Tax Board,    Attn: Bankruptcy,
              P.O. Box 2952,    Sacramento, CA  95812-2952
smg          E-mail/PDF: ustp.region15@usdoj.gov Jul 03 2008 09:46:58    Office of the U.S. Trustee,
              402 West Broadway, Ste. 600,    San Diego, CA  92101-8511
ust          E-mail/PDF: ustp.region15@usdoj.gov Jul 03 2008 09:46:58    United States Trustee,
              Office of the U.S. Trustee,    402 West Broadway, Suite 600,    San Diego, CA  92101-8511
11524162    +EDI: HFC.COM Jul 03 2008 05:33:00    HSBC,    90 Christiana Rd.,    New Castle, DE 19720-3118
                                                                                          TOTAL: 4

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 04, 2008                    Signature: _Joseph Speetjens_

# ATTACHMENT F

ATTACHMENT F

WaMu Free Checking (uD) 0394 (uuu31 6 uue 1  Review

| Post date | Eff. date | D/C | Amount | Ending Balance | Check # | Description |
|---|---|---|---|---|---|---|
| 07/21/2008 | 07/21/2008 | D | -$33.00 | -$501.98 | | OVERDRAFT CHARGE |
| 07/18/2008 | 07/18/2008 | C | $334.52 | -$468.98 | | AURORA SAN DIEGO PAYROLL   XXXX |
| 07/18/2008 | 07/18/2008 | D | -$503.00 | -$803.50 | | *CARMEL MOUNTAIN    SAN DIEGO |
| 07/17/2008 | 07/17/2008 | C | $66.00 | -$300.50 | | REFUND OVERDRAFT CHARGE |
| 07/17/2008 | 07/17/2008 | D | -$33.00 | -$366.50 | | OVERDRAFT CHARGE |
| 07/17/2008 | 07/17/2008 | D | -$33.00 | -$333.50 | | OVERDRAFT CHARGE |
| 07/16/2008 | 07/16/2008 | D | -$35.92 | -$300.50 | | 2100 VISTA WAY      OCEANSIDE [W U |
| 07/16/2008 | 07/16/2008 | D | -$63.99 | -$264.58 | | 2570 VISTA WAY      OCEANSIDE   07 |
| 07/16/2008 | 07/16/2008 | D | -$33.00 | -$210.59 | | OVERDRAFT CHARGE |
| 07/16/2008 | 07/16/2008 | C | $33.00 | -$177.59 | | REFUND OF OD CHARGE |
| 07/16/2008 | 07/16/2008 | D | -$33.00 | -$210.59 | | OVERDRAFT CHARGE |
| 07/15/2008 | 07/15/2008 | D | -$43.41 | -$177.59 | 553 | |
| 07/15/2008 | 07/15/2008 | D | -$310.00 | -$134.18 | 551 | |
| 07/15/2008 | 07/15/2008 | D | -$30.99 | $175.82 | | 920 CARLSBAD VILLAGE DCARLSBAD |
| 07/14/2008 | 07/14/2008 | D | -$50.00 | $206.81 | 552 | |
| 07/14/2008 | 07/14/2008 | D | -$16.00 | $256.81 | | SDG&E          AFC PYMT    0554 |
| 07/14/2008 | 07/14/2008 | D | -$31.92 | $272.89 | | MC-COYOTE BAR & GRILL      CARLS |
| 07/11/2008 | 07/11/2008 | D | -$34.99 | $304.81 | | MC-CARFAX VEHICLE HISTORY  877- |
| 07/10/2008 | 07/10/2008 | D | -$62.00 | $339.80 | | 592 SANTA FE DR  US ENCINITAS  0 |

☑ Charge fee    ($5.00)

Sorting
● Newest to oldest
○ Oldest to newest

History Selection
○ Current
● Extended

Number of entries
More remaining                    39
Current date
Current time
Balance

Filter...    Print    Delete    Refresh history    Refresh from host    Close    Help

NUM  INCR  CES  PEN

Summary
Clients
Address
Details
Optional
Restraints
Transaction
Balance
Save/Close

# ATTACHMENT G

ATTACHMENT G

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):*

☐ Recording requested by and return to:

PMGI LLC
8581 Santa Monica Blvd 17
West Hollywood, CA 90069

TELEPHONE NO.:

(310) 289-0500

Fax 310-289
5177

FOR RECORDER'S USE ONLY

ATTORNEY FOR *(Name):*

NAME OF COURT:  San Diego County Superior Court
STREET ADDRESS:  325 S Melrose Dr
MAILING ADDRESS:
CITY AND ZIP CODE:  Vista, CA 92081
BRANCH NAME:  Vista

PLAINTIFF:  Sunlan-062804 LLC

DEFENDANT:  Laura E Catlin

**NOTICE OF LEVY**
under Writ of    [ X ]  Execution (Money Judgment)      ☐  Sale

LEVYING OFFICER *(Name and Address):*

San Diego County Sheriff
Sheriff's Civil Office
325 South Melrose Dr  Ste 2400
Vista, CA 92081-6692
(760) 940-2898

TO THE PERSON NOTIFIED  *(name):*  Laura E Catlin aka Laura E Smith aka Laura Catlin
362 Chinquapin Ave 4
Carlsbad, CA 92008

| LEVYING OFFICER FILE NO.: | COURT CASE NO.: |
|---|---|
| 2008482398 | 37-2007-00056138 |

1. The judgment creditor seeks to levy upon property in which the judgment debtor has an interest and apply it to the satisfaction of a judgment as follows:
   a. judgment debtor *(name):*       Laura E Catlin aka Laura E Smith aka Laura Catlin   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
   b. the property to be levied upon is described
      ☐  in the accompanying writ of possession or writ of sale.
      [ X ]  as follows:

**Any and all deposit accounts, safe deposit boxes, monies, credits, rents, debts, effects due or owing the judgment debtor in the possession or under the control of the person, business, firm, association, partnership, corporation or financial institution listed above under garnishee. This levy is made in accordance with SEC.700.140 or 700.150 CCP. - Any and all accounts.**

2. The amount necessary to satisfy the judgment creditor's judgment is *(specify total amount due under the writ less partial satis-factions plus daily interest from the date of the writ until the date of levy):*
   $  $14,684.08

3. You are notified as
   a. [ X ]  a judgment debtor.
   b. ☐  a person other than the judgment debtor *(state capacity in which person is notified):*

*(Read Information for Judgment Debtor or Information for Person Other Than Judgment Debtor on reverse.)*

Notice of Levy was
[ X ]  mailed on *(date)* 08/12/08
☐  delivered on *(date):*
☐  posted on *(date):*
☐  filed on *(date):*
☐  recorded on *(date):*

Signed by:  Sheriff's Authorized Agent

[ X ]  Levying officer      ☐  Registered process server

William B. Kolender
Sheriff

Garnishee:
Wells Fargo Bank
3445 Del Mar Heights Rd
San Diego, CA 92130-2120

DEBTOR'S COPY

*(Continued on reverse)*

Form Approved by the
Judicial Council of California
EJ-150 [Rev. January 1, 1985]

NOTICE OF LEVY
(Enforcement of Judgment)

WEST GROUP
Official Publisher

CCP 699.540

# ATTACHMENT H

ATTACHMENT H

```
                    ⌐ RANSACTION  REPOR
                          AUG/18/2008/MON  04:50 PM
FAX(TX)
```

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | FILE |
|---|------|----------|----------|----------|------|-----------|------|
| 001 | AUG/18 | 04:48PM | 13102895177 | 0:01:37 | 4 | OK | ECM 6603 |

MICHAEL G. DOAN, Esq.
SHAWN A. DOAN, Esq.
GREGORY J. DOAN, Esq.
JAMES P. DOAN, Esq.
STEPHEN N. DOAN, Esq.
JONATHAN D. DOAN, Esq.



\* Certified Bankruptcy Specialist
Consumer Bankruptcy Law
American Board of Certification

DONALD A. GREEN, Esq.
JEFFREY D. LARKIN, Esq.
KEN ANDREWS, Esq.
PAUL LIPSON, Esq.\*\*
JUSTIN KILLMAN, Esq.†
DANIEL SHAY, Esq.
CHRISTOPHER GRAFTON, Esq.‡
THOMAS G. KEMERER, Esq.
GUILLERMO MACHADO, Esq.

\*\* Also Licensed in Nevada, Maryland,
Virginia & Washington DC
† Only Licensed in Arizona
‡ Only Licensed in Florida



## DOAN LAW FIRM, LLP

### California's Largest Family of Attorneys

August 11, 2008

PMGI, LLC
8581 Santa Monica Blvd. 17
West Hollywood, CA 90069

Our Client:         Laura E. Catlin
Case No.:           37-2007-00056138
Bankruptcy Case No: 08-06043-7
Re:                 Sunlan-062804, LLC v. Laura E. Catlin

Dear Sir or Madam,

Your records should indicate that the above entitled debtor filed for bankruptcy relief on June 30, 2008. Enclosed is a notice of case filing.

Accordingly, you are hereby notified that any action to collect needs to be stayed, and/or put on the stay calendar for all acting purposes. You are further notified that any further action taken to collect after bankruptcy notice can be construed as a "knowing violation" of the automatic stay, most notably 11 USC 362(a)(1) which states a bankruptcy petition operates as a stay to:

> *the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;*

Moreover law also demands that any conduct taken in violation of the automatic stay be **undone.** This includes any and all proceedings related to collection. See *In re Roman,* 283 B.R. 1, *In re Leetien 309 F.3rd 1210* (sanctions for failure to dismiss a lawsuit brought in violation of the automatic stay).

In light of the above, demand is hereby made that all collection actions taken after June 30, 2008 be undone, specifically return of the levied funds taken from her Washington Mutual Bank Account on July 16, 2008.

We will need immediate compliance with the forgoing by August 25, 2008 in order to avoid a motion being brought against you for stay violation damages.

Thank you in advance for your courtesy and cooperation in this matter.

Sincerely,

4

MICHAEL G. DOAN, Esq.*
SHAWN A. DOAN, Esq.
GREGORY J. DOAN, Esq.
JAMES P. DOAN, Esq.
STEPHEN N. DOAN, Esq.
JONATHAN D. DOAN, Esq.



* Certified Bankruptcy Specialist
Consumer Bankruptcy Law
American Board of Certification

DONALD A. GREEN, Esq.
JEFFREY D. LARKIN, Esq.
KEN ANDREWS, Esq.
PAUL LIPSON, Esq.**
JUSTIN KILLMAN, Esq.†
DANIEL SHAY, Esq.
CHRISTOPHER GRAFTON, Esq.‡
THOMAS G. KEMERER, Esq.
GUILLERMO MACHADO, Esq.

** Also Licensed in Nevada, Maryland,
Virginia & Washington DC
† Only Licensed in Arizona
‡ Only Licensed in Florida

# DOAN LAW FIRM, LLP
### California's Largest Family of Attorneys

August 11, 2008

PMGI, LLC
8581 Santa Monica Blvd. 17
West Hollywood, CA 90069

| | |
|---|---|
| Our Client: | Laura E. Catlin |
| Case No.: | 37-2007-00056138 |
| Bankruptcy Case No: | 08-06043-7 |
| Re: | Sunlan-062804, LLC v. Laura E. Catlin |

Dear Sir or Madam,

Your records should indicate that the above entitled debtor filed for bankruptcy relief on June 30, 2008. Enclosed is a notice of case filing.

Accordingly, you are hereby notified that any action to collect needs to be stayed, and/or put on the stay calendar for all acting purposes. You are further notified that any further action taken to collect after bankruptcy notice can be construed as a "knowing violation" of the automatic stay, most notably 11 USC 362(a)(1) which states a bankruptcy petition operates as a stay to:

*the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;*

Moreover law also demands that any conduct taken in violation of the automatic stay be **undone.** This includes any and all proceedings related to collection. See *In re Roman, 283* B.R. 1, *In re Leetien 309 F.3rd 1210* (sanctions for failure to dismiss a lawsuit brought in violation of the automatic stay).

In light of the above, demand is hereby made that all collection actions taken after June 30, 2008 be undone, specifically return of the levied funds taken from her Washington Mutual Bank Account on July 16, 2008.

We will need immediate compliance with the forgoing by August 25, 2008 in order to avoid a motion being brought against you for stay violation damages.

Thank you in advance for your courtesy and cooperation in this matter.

Sincerely,

JEFFREY D. LARKIN
Attorney at Law

Carlsbad · Chula Vista · Corona · Escondido · Laguna Hills · La Mesa · Moreno Valley · San Bernardino · Santa Ana · Temecula

FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)                    Case Number 08–06043–JM7

# UNITED STATES BANKRUPTCY COURT
## Southern District of California

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 6/30/08.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Laura Elizabeth Catlin<br>aka Laura E. Catlin, aka Laura Catlin, aka Laura Smith,<br>dba Stone Art Designs<br>362 Chinquapin Avenue, #4<br>Carlsbad, CA 92008 | |
|---|---|
| Case Number:<br>08–06043–JM7 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–6257 |
| Attorney for Debtor(s) (name and address):<br>Jeffrey D. Larkin<br>Doan, Levinson & Liljegren, LLP<br>2850 Pio Pico Dr., Suite D<br>Carlsbad, CA 92008<br>Telephone number:  760–450–3333 | Bankruptcy Trustee (name and address):<br>Gregory A. Akers<br>P. O. Box 26219<br>San Diego, CA 92196<br>Telephone number:  (858) 635–9350 |

### Meeting of Creditors
Date:  August 4, 2008                    Time:  02:15 PM

Location:  Office of the U.S. Trustee, 402 W. Broadway (use C St. entrance), Suite 630, San Diego, CA 92101

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 10/3/08**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101–6991<br>Telephone number: 619–557–5620<br>Website: www.casb.uscourts.gov | For the Court:<br>Clerk of the Bankruptcy Court:<br>Barry K. Lander |
|---|---|
| Hours Open:  Monday – Friday 9:00 AM – 4:00 PM | Date:  7/1/08 |



ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):*

☐ Recording requested by and return to:

PMGI LLC
8581 Santa Monica Blvd 17
West Hollywood, CA 90069

TELEPHONE NO.:
(310) 289-0500

Fax 310-289-5177

FOR RECORDER'S USE ONLY

ATTORNEY FOR *(Name):*
NAME OF COURT: San Diego County Superior Court
STREET ADDRESS: 325 S Melrose Dr
MAILING ADDRESS:
CITY AND ZIP CODE: Vista, CA 92081
BRANCH NAME: Vista

PLAINTIFF: Sunlan-062804 LLC

DEFENDANT: Laura E Catlin

LEVYING OFFICER *(Name and Address):*
San Diego County Sheriff
Sheriff's Civil Office
325 South Melrose Dr  Ste 2400
Vista, CA 92081-6692
(760) 940-2898

**NOTICE OF LEVY**
under Writ of  ☒ Execution (Money Judgment)    ☐ Sale

| LEVYING OFFICER FILE NO.: | COURT CASE NO.: |
|---|---|
| 2008482398 | 37-2007-00056138 |

**TO THE PERSON NOTIFIED** *(name):* Laura E Catlin aka Laura E Smith aka Laura Catlin
362 Chinquapin Ave 4
Carlsbad, CA 92008

1. The judgment creditor seeks to levy upon property in which the judgment debtor has an interest and apply it to the satisfaction of a judgment as follows:

   a. judgment debtor *(name):*    Laura E Catlin aka Laura E Smith aka Laura Catlin   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

   b. the property to be levied upon is described
      ☐ in the accompanying writ of possession or writ of sale.
      ☒ as follows:

   **Any and all deposit accounts, safe deposit boxes, monies, credits, rents, debts, effects due or owing the judgment debtor in the possession or under the control of the person, business, firm, association, partnership, corporation or financial institution listed above under garnishee. This levy is made in accordance with SEC.700.140 or 700.150 CCP. - Any and all accounts.**

2. The amount necessary to satisfy the judgment creditor's judgment is *(specify total amount due under the writ less partial satis-factions plus daily interest from the date of the writ until the date of levy):*

   $  **$14,684.08**

3. You are notified as
   a. ☒ a judgment debtor.
   b. ☐ a person other than the judgment debtor *(state capacity in which person is notified):*

*(Read Information for Judgment Debtor or Information for Person Other Than Judgment Debtor on reverse.)*

Notice of Levy was
☒ mailed on *(date):* 08/12/08
☐ delivered on *(date):*
☐ posted on *(date):*
☐ filed on *(date):*
☐ recorded on *(date):*

Signed by:  Sheriff's Authorized Agent

☒ Levying officer    ☐ Registered process server

William B. Kolender
Sheriff

Garnishee:
Wells Fargo Bank
3445 Del Mar Heights Rd
San Diego, CA 92130-2120

DEBTOR'S COPY

*(Continued on reverse)*

Form Approved by the
Judicial Council of California
EJ-150 [Rev. January 1, 1985]

NOTICE OF LEVY
(Enforcement of Judgment)

| WEST GROUP |
| Official Publisher |

CCP 699.540

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR RECORDER'S USE ONLY |
|---|---|---|

Recording requested by and return to:

PMGI LLC
8581 Santa Monica Blvd 17
West Hollywood, CA 90069

(310) 289-0500

ATTORNEY FOR *(Name)*:

NAME OF COURT: San Diego County Superior Court
STREET ADDRESS: 325 S Melrose Dr
MAILING ADDRESS:
CITY AND ZIP CODE: Vista, CA 92081
BRANCH NAME: Vista

PLAINTIFF: Sunlan-062804 LLC

DEFENDANT: Laura E Catlin

**NOTICE OF LEVY**
under Writ of [ X ] Execution (Money Judgment) [ ] Sale

LEVYING OFFICER *(Name and Address)*:

San Diego County Sheriff
Sheriff's Civil Office
325 South Melrose Dr Ste 2400
Vista, CA 92081-6692
(760) 940-2898

TO THE PERSON NOTIFIED  *(name)*:  Laura E Catlin aka Laura E Smith aka Laura Catlin
362 Chinquapin Ave 4
Carlsbad, CA 92008

| LEVYING OFFICER FILE NO.: | COURT CASE NO.: |
|---|---|
| 2008482398 | 37-2007-00056138 |

1. The judgment creditor seeks to levy upon property in which the judgment debtor has an interest and apply it to the satisfaction of a judgment as follows:
   a. judgment debtor *(name)*:        Laura E Catlin aka Laura E Smith aka Laura Catlin  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
   b. the property to be levied upon is described
      [ ] in the accompanying writ of possession or writ of sale.
      [ X ] as follows:

   Any and all deposit accounts, safe deposit boxes, monies, credits, rents, debts, effects due or owing the judgment debtor in the possession or under the control of the person, business, firm, association, partnership, corporation or financial institution listed above under garnishee. This levy is made in accordance with SEC.700.140 or 700.150 CCP. - Any and all accounts.

2. The amount necessary to satisfy the judgment creditor's judgment is *(specify total amount due under the writ less partial satisfactions plus daily interest from the date of the writ until the date of levy)*:
   $  $14,574.49

3. You are notified as
   a. [ X ] a judgment debtor.
   b. [ ] a person other than the judgment debtor *(state capacity in which person is notified)*:

   *(Read Information for Judgment Debtor or Information for Person Other Than Judgment Debtor on reverse.)*

Notice of Levy was
[✓] mailed on *(date)*: 7/16/08
[ ] delivered on *(date)*:
[ ] posted on *(date)*:
[ ] filed on *(date)*:
[ ] recorded on *(date)*:

Signed by: Sheriff's Authorized Agent

[ X ] Levying officer        [ ] Registered process server

William B. Kolender
Sheriff

Garnishee:
Washington Mutual Bank
2580 El Camino Real
Carlsbad, CA 92008

DEBTOR'S COPY

*(Continued on reverse)*

Form Approved by the
Judicial Council of California
EJ-150 [Rev. January 1, 1985]

NOTICE OF LEVY
(Enforcement of Judgment)

WEST GROUP
Official Publisher

CCP 699.540

# ATTACHMENT I

ATTACHMENT I

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):*

☐ Recording requested by and return to:

PMGI LLC
8581 Santa Monica Blvd 17
West Hollywood, CA 90069

TELEPHONE NO.: (310) 289-0500

FOR RECORDER'S USE ONLY

ATTORNEY FOR *(Name):*

NAME OF COURT: San Diego County Superior Court
STREET ADDRESS: 325 S Melrose Dr
MAILING ADDRESS:
CITY AND ZIP CODE: Vista, CA 92081
BRANCH NAME: Vista

PLAINTIFF: Sunlan-062804 LLC

DEFENDANT: Laura E Catlin

LEVYING OFFICER *(Name and Address):*

San Diego County Sheriff
Sheriff's Civil Office
325 South Melrose Dr  Ste 2400
Vista, CA 92081-6692
(760) 940-2898

## NOTICE OF LEVY
under Writ of   ☒ Execution (Money Judgment)   ☐ Sale

| LEVYING OFFICER FILE NO.: | COURT CASE NO.: |
|---|---|
| 2008482398 | 37-2007-00056138 |

TO THE PERSON NOTIFIED *(name):* Laura E Catlin aka Laura E Smith aka Laura Catlin
362 Chinquapin Ave 4
Carlsbad, CA 92008

1. The judgment creditor seeks to levy upon property in which the judgment debtor has an interest and apply it to the satisfaction of a judgment as follows:
   a. judgment debtor *(name):*  Laura E Catlin aka Laura E Smith aka Laura Catlin  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
   b. the property to be levied upon is described
      ☐ in the accompanying writ of possession or writ of sale.
      ☒ as follows:

   Any and all deposit accounts, safe deposit boxes, monies, credits, rents, debts, effects due or owing the judgment debtor in the possession or under thee control of the person, business, firm, association, partnership, corporation or financial institution listed above under garnishee. This levy is made in accordance with SEC.700.140 or 700.150 CCP. - Any and all accounts

2. The amount necessary to satisfy the judgment creditor's judgment is *(specify total amount due under the writ less partial satis-factions plus daily interest from the date of the writ until the date of levy):*
   $  $15,134.77

3. You are notified as
   a. ☒ a judgment debtor.
   b. ☐ a person other than the judgment debtor *(state capacity in which person is notified):*

*(Read Information for Judgment Debtor or Information for Person Other Than Judgment Debtor on reverse.)*

Notice of Levy was
☐ mailed on *(date):* 11/25/08
☐ delivered on *(date):*
☐ posted on *(date):*
☐ filed on *(date):*
☐ recorded on *(date):*

Signed by:  Sheriff's Authorized Agent

William B. Kolender
Sheriff

Garnishee:
Washington Mutual Bank
2580 El Camino Real
Carlsbad, CA 92008

☒ Levying officer    ☐ Registered process server

*(Continued on reverse)*

DEBTOR'S COPY

NOTICE OF LEVY
(Enforcement of Judgment)

WEST GROUP
Official Publisher

CCP 699.540

1

# EXEMPTIONS FROM THE ENFORCEMENT OF JUDGMENTS

**EJ-155**

The following is a list of assets that may be exempt from levy on a judgment.

Exemptions are found in the United States Code (**USC**) and in the California codes, primarily the Code of Civil Procedure (**CCP**).

Because of periodic changes in the law, the list may not include all exemptions that apply in your case. The exemptions may not apply in full or under all circumstances. Some are not available after a certain period of time. You or your attorney should read the statutes.

If you believe the assets that are being levied on are exempt, file a claim of exemption form, which you can get from the levying officer.

> **AMOUNT OF EXEMPTIONS:** A list of the amounts of exemptions from a judgment under CCP § 703.150 starting on April 1, 2004, is available from the clerk of the court and on the California Courts Web site at *www.courtinfo.ca.gov*. Except as otherwise provided, the dollar amounts of the exemptions will be adjusted thereafter at three-year intervals on April 1, and the adjusted amounts will become effective immediately on that date.

| Type of Property | Code and Section |
|---|---|
| Accounts *(See Deposit Accounts)* | |
| Appliances | CCP § 704.020 |
| Art and Heirlooms | CCP § 704.040 |
| Automobiles | CCP § 704.010 |
| BART District Benefits | CCP § 704.110 |
| | Pub Util C § 28896 |
| **Benefit Payments:** | |
| BART District Benefits | CCP § 704.110 |
| | Pub Util C § 28896 |
| Charity | CCP § 704.170 |
| Civil Service Retirement | |
| Benefits (Federal) | 5 USC § 8346 |
| County Employees | |
| Retirement Benefits | CCP § 704.110 |
| | Govt C § 31452 |
| Disability Insurance Benefits | CCP § 704.130 |
| Fire Service Retirement | |
| Benefits | CCP § 704.110 |
| | Govt C § 32210 |
| Fraternal Organization | |
| Funds Benefits | CCP § 704.130 |
| | CCP § 704.170 |
| Health Insurance Benefits | CCP § 704.130 |
| Irrigation System | |
| Retirement Benefits | CCP § 704.110 |
| Judges Survivors Benefits | |
| (Federal) | 28 USC § 376(n) |
| Legislators Retirement | |
| Benefits | CCP § 704.110 |
| | Govt C § 9359.3 |
| Life Insurance Benefits: | |
| Group | CCP § 704.100 |
| Individual | CCP § 704.100 |
| Lighthouse Keepers | |
| Widows Benefits | 33 USC § 775 |
| Longshore & Harbor Workers | |
| Compensation or Benefits | 33 USC § 916 |
| Military Benefits: | |
| Retirement | 10 USC § 1440 |
| Survivors | 10 USC § 1450 |
| Municipal Utility District | |
| Retirement Benefits | CCP § 704.110 |
| | Pub Util C § 12337 |
| Peace Officers Retirement | |
| Benefits | CCP § 704.110 |
| | Govt C § 31913 |
| Pension Plans | |
| (and Death Benefits): | |
| Private | CCP § 704.115 |
| Public | CCP § 704.110 |
| Public Assistance | CCP § 704.170 |
| | Welf & I C § 17409 |

| Type of Property | Code and Section |
|---|---|
| Benefit Payments *(cont.)* | |
| Relocation Benefits | CCP § 704.180 |
| Retirement Benefits | |
| and Contributions: | |
| Private | CCP § 704.115 |
| Public | CCP § 704.110 |
| Segregated Benefit Funds | Ins C § 10498.5 |
| Social Security Benefits | 42 USC § 407 |
| Strike Benefits | CCP § 704.120 |
| Transit District Retirement | |
| Benefits (Alameda and | |
| Contra Costa Counties) | CCP § 704.110 |
| | Pub Util C § 25337 |
| Unemployment Benefits | |
| and Contributions | CCP § 704.120 |
| Veterans Benefits | 38 USC § 3101 |
| Veterans Medal of Honor | |
| Benefits | 38 USC § 562 |
| Welfare Payments | CCP § 704.170 |
| | Welf & I C § 17409 |
| Workers Compensation | CCP § 704.160 |
| Boats | CCP § 704.060 |
| | CCP § 704.710 |
| Books | CCP § 704.060 |
| Building Materials (Residential) | CCP § 704.030 |
| Business: | |
| Licenses | CCP § 695.060 |
| | CCP § 699.720(a)(1) |
| Tools of Trade | CCP § 704.060 |
| Cars and Trucks (including | |
| proceeds) | CCP § 704.010 |
| Cash | CCP § 704.070 |
| Cemeteries: | |
| Land Proceeds | Health & SC § 7925 |
| Plots | CCP § 704.200 |
| Charity | CCP § 704.170 |
| Claims, Actions and Awards: | |
| Personal Injury | CCP § 704.140 |
| Worker's Compensation | CCP § 704.160 |
| Wrongful Death | CCP § 704.150 |
| Clothing | CCP § 704.020 |
| Condemnation Proceeds | CCP § 704.720(b) |
| County Employees Retirement | |
| Benefits | CCP § 704.110 |
| | Govt C § 31452 |
| Damages *(See Personal Injury* | |
| *and Wrongful Death)* | |
| Deposit Accounts: | |
| Escrow or Trust Funds | Fin C § 17410 |
| Social Security Direct | |
| Deposits | CCP § 704.080 |

Form Approved for Optional Use
Judicial Council of California
EJ-155 [Revised January 1, 2005]

EXEMPTIONS FROM THE ENFORCEMENT OF JUDGMENTS

Code of Civil Procedure,
§§ 681.030(c), 700.010
*www.courtinfo.ca.gov*

American LegalNet, Inc.
www.USCourtForms.com

**CURRENT DOLLAR AMOUNTS OF EXEMPTIONS FROM ENFORCEMENT OF JUDGMENTS**
**Code of Civil Procedure sections 704.010 et seq. and 703.140(b)**

### EXEMPTIONS UNDER SECTION 704.010 et seq.

The following lists the current dollar amounts of exemptions from enforcement of judgment under title 9, division 2, chapter 4, article 3 (commencing with section 704.010) of the Code of Civil Procedure.

These amounts are effective April 1, 2007. They will be adjusted at each three-year interval, ending on April 1. The amount of the adjustment is based on the change in the annual California Consumer Price Index for All Urban Consumers for the most recent three-year period ending on the preceding December 31, with each adjusted amount rounded to the nearest $25. (See Code of Civ. Proc., § 703.150(c).)

| Code of Civ. Proc. Section | Type of Property | Amount of Exemption |
|---|---|---|
| 704.010 | Motor vehicle (any combination of aggregate equity, proceeds of execution sale, and proceeds of insurance or other indemnification for loss, damage, or destruction) | $ 2,550 |
| 704.030 | Material to be applied to repair or maintenance of residence | $ 2,700 |
| 704.040 | Jewelry, heirlooms, art | $ 6,750 |
| 704.060 | Personal property used in debtor's or debtor's spouses's trade, business, or profession (amount of exemption for commercial motor vehicle not to exceed $4,850) | $ 6,750 |
| 704.060 | Personal property used in debtor's and spouse's common trade, business, or profession (amount of exemption for commercial motor vehicle not to exceed $9,700) | $ 13,475 |
| 704.080 | Deposit account with direct payment of social security or public benefits (exemption without claim, section 704.080(b))[1] | |
| | • Public benefits, one depositor is designated payee | $ 1,350 |
| | • Social security benefits, one depositor is designated payee | $ 2,700 |
| | • Public benefits, two or more depositors and designated payees[2] | $ 2,025 |
| | • Social security benefits, two or more depositors are designated payees[2] | $ 4,050 |
| 704.090 | Inmate trust account | $ 1,350 |
| | Inmate trust account (restitution fine or order) | $ 300[3] |
| 704.100 | Aggregate loan value of unmatured life insurance policies | $ 10,775 |

---

[1] The amount of deposit account that exceeds exemption amounts is also exempt to the extent it consists of payments of public benefits or social security benefits. (Code of Civ. Proc., § 704.080(c).)

[2] If only one joint payee is a beneficiary of the payment, the exemption is in the amount available to a single designated payee. (Code of Civ. Proc., § 704.080(b)(3) and (4).)

[3] This amount is not subject to adjustments under Code of Civ. Proc., § 703.150.

Administrative Office of the Courts
[Rev. April 1, 2007]

**CURRENT DOLLAR AMOUNTS OF EXEMPTIONS**
**FROM ENFORCEMENT OF JUDGMENTS**

Code of Civil Procedure, §§
703.140, 703.150,
704.010, et seq.
www.courtinfo.ca.gov



# ATTACHMENT J

ATTACHMENT J

# ꟼ Washington Mutual Bank

## ACCOUNT TRANSACTION HISTORY

| ACCOUNT # | ACCOUNT NAME | PRODUCT |
|---|---|---|
| 030900003462823 | CATLIN LAURA E | FREE BUSINESS CHECKING |

CURRENT BALANCE:        $296.03

| DATE | WITHDRAWALS | DEPOSITS | CHECK # | DESCRIPTION |
|---|---|---|---|---|
| 11/28/2008 | -$2.00 | | | ATM WITHDRAWAL FEE - DOMESTIC |
| 11/28/2008 | | $530.08 | | TRANSFIRST LLC  VMC SETTLE 39300979608865    2 |
| 11/28/2008 | -$33.00 | | | NON SUFFICIENT FUNDS CHARGE |
| 11/28/2008 | -$200.00 | | | CUSTOMER WITHDRAWAL |
| 11/26/2008 | -$1,253.00 | | | LEVY/WRIT WITHDRAWAL |
| 11/26/2008 | -$100.00 | | | LEGAL PROCESSING FEE |
| 11/25/2008 | -$80.08 | | | MC-THE UPS STORE # 1184    CARLSBAD    CA |
| 11/25/2008 | | $508.43 | | TRANSFIRST LLC  VMC SETTLE 39300979608865    2 |
| 11/24/2008 | -$32.29 | | | MC-LA S NOTHING OVER 9 99    CATHEDRAL CIT  CA |
| 11/24/2008 | -$34.48 | | | MC-LUSH COUTURE          PALM SPRINGS   CA |
| 11/24/2008 | -$15.72 | | | MC-NATURE'S      Q90    PALM SPRINGS  CA |
| 11/24/2008 | -$23.80 | | | 2772 ROSEVELT ST    CARLSBAD    1124  STACA |
| 11/24/2008 | -$30.95 | | | 40212 WINCHESTER    TEMECULA    1123  STACA |
| 11/24/2008 | -$44.62 | | | 1853 WAL-SAMS      HEMET    1123  STACA |
| 11/21/2008 | -$12.91 | | | ANGEL VIEW THRIFT 302 PALM SPRINGS  1121  STACA |
| 11/21/2008 | -$58.07 | | | 555 S SUNRISE WAY    PALM SPRINGS  1121  STACA |
| 11/21/2008 | -$26.45 | | | 69-175 RAMON RD.     CATHEDRAL CIT 1121  STACA |
| 11/20/2008 | -$41.50 | | | 185 OLD GORVE RD    OCEANSIDE    1120  STACA |
| 11/18/2008 | -$100.00 | | 1291 | |
| 11/18/2008 | -$48.57 | | 1287 | |
| 11/18/2008 | -$54.60 | | 1283 | |
| 11/18/2008 | -$100.00 | | 1280 | |
| 11/18/2008 | -$24.55 | | | MC-HENERY'S PUB          SAN DIEGO    CA |
| 11/18/2008 | -$24.00 | | | MC-HUMPHREYS HALF MOON IN   SAN DIEGO    CA |
| 11/18/2008 | | $436.37 | | TRANSFIRST LLC  VMC SETTLE 39300979608865    2 |
| 11/17/2008 | -$106.68 | | | MC-WHITE CAP INDUSTRIES    SAN MARCOS    CA |
| 11/17/2008 | -$26.33 | | | MC-MIKKO JAPANESE CUISINE   CARLSBAD    CA |
| 11/17/2008 | -$42.04 | | | 2570 VISTA WAY     OCEANSIDE    1117  STACA |
| 11/17/2008 | -$18.34 | | | 2094 WAL-SAMS      VISTA    1117  STACA |
| 11/17/2008 | -$50.45 | | | 810 TAMARACK       CARLSBAD    1116  STACA |
| 11/17/2008 | -$28.30 | | | 2494 WAL-SAMS      OCEANSIDE    1115  STACA |
| 11/14/2008 | -$43.53 | | 1288 | |
| 11/14/2008 | -$62.72 | | 1281 | |
| 11/14/2008 | -$79.38 | | | TRANSFIRST LLC  RETURN    080104388       2 |
| 11/14/2008 | -$17.91 | | | SDG&E        ARC PYMT  1289       0 |
| 11/14/2008 | -$26.66 | | | MC-SHINODA DESIGN CTR INC    SAN DIEGO    CA |
| 11/14/2008 | -$199.08 | | | MC-SKY RIVER STUDIO         SEATTLE    WA |
| 11/14/2008 | -$43.33 | | | 298 S. SANDERSON AVE. HEMET    1113  STACA |
| 11/14/2008 | -$9.98 | | | 955 CARLSBAD VILLAGE DCARLSBAD    1114  STACA |
| 11/13/2008 | -$126.65 | | 1285 | |
| 11/13/2008 | -$252.55 | | | VZ WIRELESS ARC  ARC    1286       0 |
| 11/12/2008 | -$70.16 | | 1284 | |

# ☲ **Washington Mutual Bank**

**ACCOUNT TRANSACTION HISTORY**

| ACCOUNT # | ACCOUNT NAME | PRODUCT |
|---|---|---|
| 039400003156401 | CATLIN LAURA E | WAMU FREE CHECKING(TM) |

CURRENT BALANCE: $340.38

| DATE | WITHDRAWALS | DEPOSITS | CHECK # | DESCRIPTION |
|---|---|---|---|---|
| 11/28/2008 | | $340.25 | | CUSTOMER DEPOSIT |
| 11/26/2008 | -$319.00 | | | LEVY/WRIT WITHDRAWAL |
| 11/21/2008 | | $299.54 | | AURORA SAN DIEGO PAYROLL   XXXXXXXXXX3495  0 |
| 11/12/2008 | -$1,250.00 | | 559 | |
| 11/07/2008 | | $438.20 | | AURORA SAN DIEGO PAYROLL   XXXXXXXXXX8866  0 |
| 11/07/2008 | | $700.00 | | TRANS:0394-0000315852-2 TO 0394-0000315640-1 |
| 11/03/2008 | -$15.00 | | | 1102082155      SAN CLEMENTE 1102 STACA |
| 10/28/2008 | -$14.95 | | | MC-24PROTECTPLUS607190446   888-658-6859  CT |
| 10/24/2008 | | $91.62 | | AURORA SAN DIEGO PAYROLL   XXXXXXXXXX2172  0 |
| 10/20/2008 | | $641.00 | | TRANS:0394-0000315852-2 TO 0394-0000315640-1 |
| 10/16/2008 | -$33.00 | | | OVERDRAFT CHARGE |
| 10/15/2008 | -$91.52 | | 557 | |
| 10/10/2008 | | $213.75 | | AURORA SAN DIEGO PAYROLL   XXXXXXXXXX2509  0 |
| 10/10/2008 | -$33.00 | | | OVERDRAFT CHARGE |
| 10/09/2008 | -$1,250.00 | | 556 | |
| 10/09/2008 | -$74.95 | | | MC-YAHOO *PERSONALS     866-458-8744  CA |

# ꟽ Washington Mutual Bank

**ACCOUNT TRANSACTION HISTORY**

| ACCOUNT # | ACCOUNT NAME | PRODUCT |
|---|---|---|
| 039400003158522 | CATLIN LAURA E | WAMU FREE CHECKING(TM) |

CURRENT BALANCE:        $0.59

| DATE | WITHDRAWALS | DEPOSITS | CHECK # | DESCRIPTION |
|---|---|---|---|---|
| 11/26/2008 | -$755.00 | | | LEVY/WRIT WITHDRAWAL |
| 11/07/2008 | -$700.00 | | | TRANS:0394-0000315852-2 TO 0394-0000315640-1 |
| 10/21/2008 | -$200.00 | | | TRANS:0394-0000315852-2 TO 0309-0000346282-3 |
| 10/20/2008 | -$641.00 | | | TRANS:0394-0000315852-2 TO 0394-0000315640-1 |

1  Michael G. Doan, SBN 175649
   Doan Law Firm, LLP
2  2850 Pio Pico Drive, Suite D
   Carlsbad, CA 92008
3  Phone (760) 450-3333 • Fax (760) 720-6082
   mike@doanlaw.com
4

5  Attorney for Laura Catlin

6
                    UNITED STATES BANKRUPTCY COURT
7
                       Southern District of California
8

9
   IN RE:                                )  Case No    08-06043
10                                        )
   LAURA  CATLIN,                         )  Chapter    7
11                                        )
                                          )  AP No
12        DEBTOR,                         )
   ——————————————————————   )  **NOTICE re MANDATORY**
13                                        )  **COMPLIANCE WITH**
   LAURA  CATLIN,                         )  **LOCAL BANKRUPTCY RULE**
14                                        )  **7016-2**
                                          )
15        PLAINTIFF/DEBTOR,               )
                                          )
16  VS.                                   )  [LOCAL RULE 7016-2]
                                          )
17  SUNLAN-062804 LLC, KENNETH MIELE, LAW )
   OFFICES OF KENOSIAN & MIELE, LLP,      )
18  AND DOES 1 THROUGH 10, INCLUSIVE,     )
                                          )
19        DEFENDANT.                      )
   ——————————————————————   )
20

21        TO DEFENDANTS PMGI LLC AND THEIR ATTORNEYS OF RECORD IN THIS

22  ACTION:

23        PLEASE TAKE NOTICE that in accordance with Local Rule 7016-2 of the United States

24  Bankruptcy Court for the Southern District of California, PLAINTIFF ,Laura  Catlin, and

25  hereby provides notice that compliance with Local Rule 7016-2 is mandatory in this matter.  A

26  copy of Local Form CSD 3018 is attached hereto as EXHIBIT A.

27        Local Rule 7016-2 states:

28  (a) TIME OF EARLY CONFERENCE. In all proceedings governed by Part VII of the Fed. R.

1  Bankr. P., the parties shall comply with this Local Bankruptcy Rule, unless all DEFENDANTs

2  have defaulted. The PLAINTIFF shall serve with the summons and complaint, a notice that

3  compliance with this rule is required and a copy of Local Form CSD 3018, CERTIFICATE OF

4  COMPLIANCE WITH EARLY CONFERENCE OF COUNSEL. The PLAINTIFF shall file the

5  proof of service of the notice together with the proof of service of the summons and complaint

6  within the time provided by Local Bankruptcy Rule 9006-3. Counsel for the parties shall confer

7  for the purposes set forth below. Such conference shall take place no later than thirty (30) days

8  after the date all DEFENDANTs have appeared or defaulted or forty-five (45) days from the date

9  of the first appearance of any DEFENDANT,  LOCAL RULES OF THE UNITED STATES

10  BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA whichever

11  occurs first. Where there are multiple DEFENDANTS, PLAINTIFF or its counsel shall take all

12  reasonable steps to schedule the meeting or conference call so that counsel for all parties can

13  attend. Where necessary, in multi-DEFENDANT cases and upon a showing of good cause, the

14  court may grant an

15  application for an extension of time within which to hold the early meeting.

16      (b) PURPOSE OF CONFERENCE. At the conference required by this Rule, the parties

17  shall:

18      (1) DOCUMENTS. Exchange all documents and make all disclosures required by Fed. R.

19  Bankr. P. 7026(a)(1) or fix a date to make such exchange.

20      (2) DISCOVERY. Develop a discovery plan using Exhibit A to Local Form 3018,

21  CERTIFICATE OF COMPLIANCE.

22      (3) OTHER EVIDENCE. Exchange any other evidence then reasonably available to a

23  party to obviate the filing of unnecessary discovery motions.

24      (4) LIST OF WITNESSES. Exchange a list of witnesses then known to have knowledge

25  of the facts supporting the material allegations of the pleading filed by the party. The

26  parties will then be under a continuing obligation to advise the opposing party of other witnesses

27  as they may become known.

28      (5) SETTLEMENT. Discuss settlement possibilities, including the parties' willingness to

1   go to mediation. If mediation agreed to, designate the first choice and alternate choice of

2   mediator, using court-maintained mediator list or other mutually acceptable mediator.

3   A list of mediators is available from the Office of the Clerk or on the court's website,

4   www.casb.uscourts.gov.

5        (6) CERTIFICATE OF COMPLIANCE AND NOTICE OF HEARING FOR

6   PRE-TRIAL STATUS CONFERENCE. No later than five (5) days after the Early Conference of

7   Counselor Parties, a joint CERTIFICATE OF COMPLIANCE, Local Form CSD 3018, signed by

8   all parties or counsel shall be filed by the counsel for the PLAINTIFF(S) together with Local

9   Form CSD 3019, NOTICE OF PRE-TRIAL STATUS CONFERENCE. In advance of filing said

10  NOTICE OF HEARING FOR PRE-TRIAL STATUS CONFERENCE, it shall be the

11  responsibility of PLAINTIFF(S) or its counsel to obtain a hearing date for the pre-trial status

12  conference from the courtroom deputy and serve said notice on all other parties.

13  Dated:   December 23, 2008          Respectfully submitted,

14                                      **DOAN, LEVINSON, & LILJEGREN, LLP**

15

16                                      By: /s/ eof Michael G. Doan

17                                      Michael G. Doan, Attorney for PLAINTIFF(S)

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

CSD 3018 [05/15/03]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Debtor.

BANKRUPTCY NO.

Plaintiff(s)

ADVERSARY NO.

v.

Defendants(s)

Date & Time of Pre-Trial Status Conference:

Name of Judge:

**CERTIFICATE OF COMPLIANCE WITH EARLY CONFERENCE OF COUNSEL**
**[LOCAL BANKRUPTCY RULE 7016-2]**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following CERTIFICATE OF COMPLIANCE WITH EARLY CONFERENCE OF COUNSEL requirements in accordance with Local Bankruptcy Rule 7016-2(c):

A.  **PLEADINGS/SERVICE:**

　　　1.　　Have all parties been served?　　　　　　　　　　　　　　　☐ Yes　☐ No

　　　2.　　Have all parties filed and served answers to the complaint, counter-complaints, etc.?　　☐ Yes　☐ No

B.  **DISCOVERY PLAN:**

　　　1.　　Fed. R. Bankr. P. 7026 and Local Bankruptcy Rule 7016-2 require the parties to meet within thirty (30) days after all defendants have appeared or, in cases having multiple defendants, within forty-five (45) days after the first defendant appears. The parties to this case met on _____

　　　2.　　The parties have agreed to make the disclosures required by Fed. R. Bankr. P. 7026(a)(1) by _____.

　　　3.　　**(Check one)**
　　　　　A.　　The parties have agreed on the discovery plan attached as Exhibit A.　　　　　☐

　　　　　　　　　　　　　　　　　or

　　　　　B.　　The parties cannot agree on a discovery plan and scheduling order. The attached Exhibit A sets forth the parties' disagreements and reasons for each party's position.　　☐

CSD 3018

CSD 3018 (Page 2) (05/15/03)

**C.    SETTLEMENT OR MEDIATION:**

    1.    What is the status of settlement efforts?

    2.    Has this dispute been formally mediated?  If so, when?

    3.    Has mediation been discussed with your client?  (See Local Bankruptcy Rule 7016-4.)
        Plaintiff            Defendant
        ☐ Yes ☐ No    ☐ Yes ☐ No

    4.    The parties desire to go to voluntary, non-binding mediation.  (See Local Bankruptcy Rule 7016-6.)  They have reviewed the list of mediators on the court's website (**www.casb.uscourts.gov**) or obtained the list from the court and have selected the following persons subject to availability as first, second, and third choices for mediator:
        First Choice:_____
        Second Choice:_____
        Third Choice:_____
    Parties are requested to notify the courtroom deputy of their preferences at the time a pre-trial status conference date is obtained.

**D.    READINESS FOR TRIAL:**

    1.    When will you be ready for trial in this case?
        Plaintiff            Defendant

    2.    If your answer to the above is more than five (5) months after the summons issued in this case, give reasons for further delay.
        Plaintiff            Defendant

    3.    When do you expect to complete <u>your</u> discovery efforts?
        Plaintiff            Defendant

    4.    What additional discovery do you require to prepare for trial?
        Plaintiff            Defendant

**E.    TRIAL TIME:**

    1.    What is your estimate of the time required to present <u>your side of the case</u> at trial (including rebuttal stage, if applicable)?
        Plaintiff            Defendant

    2.    How many witnesses do you intend to call at trial (including opposing parties)?
        Plaintiff            Defendant

    3.    Are any of the witnesses considered expert witnesses (Fed. R. Evid. 702)?  If so, the parties agree to identify their expert witnesses by _____.
        (See Fed. R. Bankr. P. 7026(a)(2)(C))

CSD 3018

CSD 3018 (Page 3) (05/15/03)

4.  How many exhibits do you anticipate using at trial? _____
    Plaintiff _____          Defendant _____

5.  Are any special accommodations required for witnesses (e.g., assisted listening devices, etc.)?  Check one:
    ☐ No    ☐ Yes - Please specify: _____

6.  Is any special equipment required for presentation of evidence?  Check one:
    ☐ No    ☐ Yes - Please specify: _____

F.  ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL: *(Use additional page if necessary.)*

Dated:_____          Dated:_____

_____                _____
Firm Name                                Firm Name


By:_____             By:_____
Name:                                    Name:

Attorney for:_____           Attorney for:_____


Local Bankruptcy Rule 7016-2(c) requires this form to be filed no later than five (5) days after early conference of counsel together with the *NOTICE OF PRE-TRIAL STATUS CONFERENCE* (Local Form CSD 3019).

CSD 3018

CSD 3018 (Page 4) [05/15/03]

**EXHIBIT A**

1.    <u>DISCOVERY PLAN.</u>  The parties jointly propose to the court the following discovery plan: [Use separate paragraphs or subparagraphs as necessary if parties disagree.]

Discovery will be needed on the following subjects:  (brief description of subjects on which discovery will be needed)

All discovery commenced in time to be completed by _____.  [Discovery on (issue for early discovery) to be completed by _____.]

Maximum of _____ interrogatories by each party to any other part.  [Responses due _____ days after service.]

Maximum of _____ requests for admission by each party to any other party.  [Responses due _____ days after service.]

Maximum of _____ depositions by plaintiff(s) and _____ by defendant(s).

Each deposition [other than of _____] limited to maximum of _____ hours unless extended by agreement of parties.

Reports from retained experts under Fed. R. Bank. P. 7026(a)(2) due:

a)       from plaintiff(s) by _____

b)       from defendant(s) by _____

Supplementations under Fed. R. Bank. 7026(e) due (time(s) or interval(s) _____).

2.    <u>OTHER ITEMS.</u>  [Use separate paragraphs or subparagraphs as necessary if parties disagree.]

Plaintiff(s) should be allowed until _____ to join additional parties and until _____ to amend the pleadings.

Defendant(s) should be allowed until _____ to join additional parties and until _____ to amend the pleadings.

All potentially dispositive motions should be filed by _____.

Final lists of witnesses and exhibits under Fed. R. Bank. P. 7026(a)(3) should be due

a)       from plaintiff(s) by _____

b)       from defendant(s) by _____

Parties should have _____ days after service of final lists of witnesses and exhibits to list objections under Fed. R. Bank. P. 7026(a)(3).

[Other matters.]

CSD 3018