Shawn A. Doan CA SBN 202860
Doan Law Firm, LLP
320 E. 2nd Ave., Ste. 108
Escondido, CA 92025
760-746-4476

Attorney for Debtors, William R. Clevenger and Susan C. Clevenger

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re:

| William R. Clevenger and Susan C. Clevenger, | ) ) ) ) ) ) | Case No. 06-02058<br><br>Chapter 7<br><br>Motion to Reopen Case Under<br>11 U.S.C. § 524 |
|---|---|---|
| Debtors, | | |

    PLEASE TAKE NOTICE that William R. Clevenger and Susan C. Clevenger ("Debtors") by and through their attorney of record, Shawn A. Doan, hereby make this application to reopen their bankruptcy case pursuant to 11 U.S.C. § 524 to seek action against Countrywide Home Loans, Inc., its successors, heirs, and/or assigns for violating the terms of the Bankruptcy discharge.

    Since any remedy for discharge violations are within the exclusive jurisdiction of the Federal Bankruptcy Court, this matter is properly being brought before this Court.

    Wherefore the Debtors request that this case be reopened to allow the case be reopened to allow the Debtors relief under 11 U.S.C. § 524.


Dated: August 20, 2009                                      /s/ Shawn A. Doan
                                                                                   Shawn A. Doan
                                                                                   Attorney for Debtor